# United States Bankruptcy Court
# District of Delaware

| | | |
|---|---|---|
| IN RE DELTA PETROLUEM, et al. | ) | |
| Debtors. | ) | Case No.:  11-14006 (KJC) |
| | ) | |
| DELTA PETROLEUM | ) | |
| GENERAL RECOVERY TRUST, | ) | Chapter 11 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| ROGER PARKER, | ) | |
| - and - | ) | |
| Delia Parker, | ) | |
| Defendants. | ) | Adv. Proc. No.:  12-50876 (KJC) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of Clerk:

        824 Market Street, 3rd Floor
        Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:

        Anthony W. Clark, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        One Rodney Square, P.O. Box 636
        Wilmington, Delaware   19899-0636

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

    Address:

        824 Market Street, 5th Floor
        Courtroom 5
        Wilmington, Delaware  19801

    Date and Time:    To be Determined

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**
Date: September 25, 2012

                                       */s/ David D. Bird*
                                       Clerk of the Bankruptcy Court

696882-Wilmington Server 1A - MSW