## RETURN OF SERVICE

Case No. 12-50876 (KJC)

STATE OF COLORADO            )
                             ) ss.
City & County of Denver      )

I, Jesse James Casias, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served DELIA PARKER, a true and correct copy of the within Summons and Notice of Pretrial Conference in an Adversary Proceeding, together with Complaint for Avoidance of Interests and Recovery of Property of the Estate, by handing and delivering to DELIA PARKER personally, on September 26, 2012, at 5:43 P.M. o'clock, at 21 Martin Lane, City of Cherry Hills Village, County of Arapahoe, State of Colorado.

_____
Jesse James Casias
Private Process Server

Subscribed and sworn before me this September 27, 2012.
My commission expires on 06/03/13.


_____
Notary Public
438 Bannock Street
Denver, CO  80204

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| IN RE DELTA PETROLUEM, et al.<br>                Debtors. | Case No.: 11-14006 (KJC) |
| DELTA PETROLEUM<br>GENERAL RECOVERY TRUST,<br>                Plaintiff<br>v.<br>ROGER PARKER,<br>  - and -<br>Delia Parker,<br>                Defendants. | Chapter 11<br><br><br><br><br>Adv. Proc. No.: 12-50876 (KJC) |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of Clerk:

        824 Market Street, 3rd Floor
        Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:

        Anthony W. Clark, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        One Rodney Square, P.O. Box 636
        Wilmington, Delaware   19899-0636

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

    Address:

        824 Market Street, 5th Floor
        Courtroom 5
        Wilmington, Delaware   19801

        Date and Time:   To be Determined

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
Court for the District
of Delaware

Date: September 25, 2012

696882-Wilmington Server 1A - MSW

/s/ David D. Bird
Clerk of the Bankruptcy Court

Docket No. 3
Date Filed: 9/25/12