# RETURN OF SERVICE

Case No. 12-50876 (KJC)

STATE OF COLORADO       )
                        ) ss.
City & County of Denver )

I, Jesse James Casias, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served DELIA PARKER, a true and correct copy of the within Summons and Notice of Pretrial Conference in an Adversary Proceeding, together with Complaint for Avoidance of Interests and Recovery of Property of the Estate, by handing and delivering to MARIA R. MASSARO, ESQ. personally, as Legal Counsel to DELIA PARKER, on September 26, 2012, at 6:33 P.M. o'clock, at 1313 Carlyle Park Circle, unincorporated County of Douglas, State of Colorado. MARIA R. MASSARO, ESQ. being over the age of eighteen years.

_____
Jesse James Casias
Private Process Server

Subscribed and sworn before me this September 27, 2012.
My commission expires on 06/03/13.

_____
Helen B. Hays
Notary Public
438 Bannock Street
Denver, CO 80204

United States Bankruptcy Court
District of Delaware

| | | |
|---|---|---|
| IN RE DELTA PETROLUEM, et al. | ) | |
| Debtors. | ) | Case No.: 11-14006 (KJC) |
| | ) | |
| DELTA PETROLEUM | ) | |
| GENERAL RECOVERY TRUST, | ) | Chapter 11 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| ROGER PARKER, | ) | |
| - and - | ) | |
| Delia Parker, | ) | |
| Defendants. | ) | Adv. Proc. No.: 12-50876 (KJC) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

824 Market Street, 3rd Floor
Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Anthony W. Clark, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, Delaware   19899-0636

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address:

824 Market Street, 5th Floor
Courtroom 5
Wilmington, Delaware   19801

Date and Time:   To be Determined

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
Court for the District
of Delaware

Date: September 25, 2012

696882-Wilmington Server 1A - MSW

/s/ David D. Bird
Clerk of the Bankruptcy Court

Docket No. 3
Date Filed: 9/25/12