**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :
                                              :   Chapter 11
DELTA PETROLEUM, et al.,                      :
                                              :   Case No. 11-14006 (KJC)
        Debtors.                              :
                                              :   Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                       :
RECOVERY TRUST,                               :
                                              :
        Plaintiff,                            :
                                              :   Adv. Pro. No. 12-50876 (KJC)
    v.                                        :
                                              :
ROGER PARKER and                              :
DELIA PARKER,                                 :
                                              :
        Defendants.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on October 25, 2012, true and correct copies of the foregoing *Answer* were served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via First Class Mail, postage prepaid or Hand Delivery upon the following parties:

| *Via Hand Delivery* | *Via First Class Mail* |
|---|---|
| Anthony W. Clark, Esquire<br>**SKADDEN, ARPS, SLATE MEAGHER & FLOHM LLP**<br>One Rodney Square<br>Wilmington, DE 19801 | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>**SKADDEN, ARPS, SLATE MEAGHER & FLOHM LLP**<br>155 North Wacker Drive<br>Chicago, IL 60606-1720 |

Dated: October 25, 2012

                        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
(302) 442-7010 telephone
(302) 442-7012 facsimile
rlemisch@beneschlaw.com

- and -

Barry L. Wilkie, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
(303) 573-1600 telephone
(303) 573-8133 facsimile
bwilkie@joneskeller.com

*Counsel to BWAB Limited Liability Company*