**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELTA PETROLEUM, et al., | ) | Case No. 11-14006 (KJC) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| DELTA PETROLEUM | ) | Adv. Case No. 12-50876 (KJC) |
| GENERAL RECOVERY TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER PARKER and | ) | |
| DELIA PARKER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION OF DELIA PARKER TO EXTEND THE TIME TO
ANSWER OR OTHERWISE PLEAD WITH RESPECT TO THE COMPLAINT**

Upon the Motion of Delia Parker to Extend to Time to Answer or Otherwise Plead with Respect to the Complaint, it appearing that cause exists for granting the relief requested in the motion, it is hereby

ORDERED that Defendant Delia Parker is hereby granted an extension through and including November 26, 2012, of the deadline by which she must answer or otherwise plead respecting the Complaint.

Dated: _____, 2012

_____
HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE