IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DELTA PETROLEUM, *et al.*[1], <br><br> Debtors. | Chapter 11 <br><br> Case No. 11-14006 (KJC) <br> Jointly Administered |
| Delta Petroleum General Recovery Trust, <br><br> Plaintiff, <br><br> v. <br><br> Roger Parker and Delia Parker, <br><br> Defendants. | Adv. No. 12-50876 (KJC) |
| Delta Petroleum General Recovery Trust, <br><br> Plaintiff, <br><br> v. <br><br> Aleron Larson, Jr., <br><br> Defendant. | Adv. No. 12-50877 (KJC) |
| Delta Petroleum General Recovery Trust, <br><br> Plaintiff, <br><br> v. <br><br> BWAB Limited Liability Company, <br><br> Defendant. | Adv. No. 12-50898 (KJC) |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

7384707 v1

2

**IT IS HEREBY ORDERED** that counsel's motion for admission of Barry L. Wilkie, Esquire *pro hac vice* in each of the above-captioned adversary proceedings is granted.

Dated: October _____, 2012

HONORABLE KEVIN J. CAREY,
United States Bankruptcy Judge
