NOV 2 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
In re:                           :   Chapter 11
:
DELTA PETROLUEM, et al.,[1]      :   Case No. 11-14006 (KJC)
:
            Debtors.     :   Jointly Administered
:
---------------------------------x
DELTA PETROLEUM GENERAL          :
RECOVERY TRUST,                  :
:
            Plaintiff,   :
:   Adv. Pro. No. 12-50876 (KJC)
v.                               :
:
ROGER PARKER,                    :
- and -                          :
Delia Parker,                    :
:
            Defendants.  :
---------------------------------x

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

       Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ron E. Meisler to represent Delta Petroleum General Recovery Trust in the above captioned adversary proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number were: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters were located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

Docket No. 15
Date Filed: 11/2/12

Dated: Wilmington, Delaware
      November 2, 2012

                                            /s/ Anthony W. Clark
                                            Anthony W. Clark (I.D. No. 2051)
                                            Skadden, Arps, Slate, Meagher & Flom LLP
                                            One Rodney Square
                                            P.O. Box 636
                                            Wilmington, Delaware 19899-0636
                                            (302) 651-3000

                                            Counsel for Delta Petroleum General Recovery Trust

Case 12-50876-KJC    Doc 17    Filed 11/02/12    Page 3 of 3

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Wilmington, Delaware
November 2, 2012

/s/ Ron E. Meisler
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
Tel: (312) 407-0700

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
November 2, 2012

Honorable Kevin J. Carey
UNITED STATES BANKRUPTCY JUDGE