NOV 2 2012

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------x
:
In re:                                           : Chapter 11
:
DELTA PETROLUEM, et al.,[1]                      : Case No. 11-14006 (KJC)
:
        Debtors.                         : Jointly Administered
::
----------------------------------x
DELTA PETROLEUM GENERAL                          :
RECOVERY TRUST,                                  :
:
        Plaintiff,                       :
:
   v.                                           : Adv. Pro. No. 12-50876 (KJC)
:
ROGER PARKER,                                    :
- and -                                          :
Delia Parker,                                    :
:
        Defendants.                      :
----------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ebba Gebisa to represent Delta Petroleum General Recovery Trust in the above captioned adversary proceeding.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number were: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters were located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

Docket No. 16
Date Filed: 11/2/12

Dated: Wilmington, Delaware
November 2, 2012

/s/ Anthony W. Clark
Anthony W. Clark (I.D. No. 2051)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Counsel for Delta Petroleum General Recovery Trust

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Wilmington, Delaware
November 2, 2012

/s/ *Ebba Gebisa*
Ebba Gebisa
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
Tel: (312) 407-0700

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
November 2, 2012

Honorable Kevin J. Carey
UNITED STATES BANKRUPTCY JUDGE

700025-WILSR01A - MSW