IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELTA PETROLEUM, et al., | ) | Case No. 11-14006 (KJC) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| DELTA PETROLEUM | ) | |
| GENERAL RECOVERY TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Case No. 12-50876 (KJC) |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER PARKER and | ) | Related Docket No. 8 |
| DELIA PARKER, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION EXTENDING DEFENDANT DELIA PARKER'S TIME TO ANSWER OR OTHERWISE PLEAD WITH RESPECT TO THE COMPLAINT**

Defendant, Delia Parker (the "Defendant"), and Plaintiff, Delta Petroleum General Recovery Trust (the "Plaintiff"), by and through their respective undersigned counsel, hereby represent as follows:

**RECITALS**

1. On September 21, 2012, Plaintiff filed the complaint (the "Complaint") in this adversary proceeding against the Defendant [Adv. Docket No. 1]. A Summons and Notice of Status Conference in Adversary Proceeding was filed on September 25, 2012 [Adv. Docket No. 3].

2. The last day to answer or otherwise respond to the Complaint was October 25, 2012.

WCSR 7527157v1

3. On October 25, 2012, Defendant's counsel filed the Motion of Delia Parker to Extend the Time to Answer or Otherwise Please with Respect to the Complaint [Adv. Docket No. 8].

3. The parties agree to extend the response date by which the Defendant must file its answer or otherwise respond to the Complaint through and including November 26, 2012.

4. The continuance is agreed upon between the parties for good cause and is not for the purpose of undue delay.

5. This Stipulation is without prejudice to request for or granting of further extensions for good cause shown.

NOW, THEREFORE, in consideration of the mutual covenants contained herein and other valuable consideration, the receipt of which is hereby acknowledged, it is hereby stipulated and agreed by and between the parties, by and through their undersigned counsel, as follows:

A. The deadline by which the Defendant may file its answer or otherwise respond to the Complaint shall be extended through and including November 26, 2012.

B. This Stipulation may be executed and delivered in separate identical counterparts and by facsimile or Adobe.pdf, each of which shall constitute an original and of which together shall constitute one and the same Stipulation.

C. This Stipulation is without prejudice to request further extensions for good cause shown.

[Signature Blocks on the Following Page]

| | |
|---|---|
| Dated: Nov. 2, 2012 | Dated: November 2, 2012 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| /s/ Ericka J. Johnson | /s/ Anthony W. Clark |
| Kevin J. Mangan (Del. Bar No. 3810) | Anthony W. Clark (Del. Bar No. 2051) |
| Ericka F. Johnson (Del. Bar No. 5024) | One Rodney Square |
| 222 Delaware Avenue, Suite 1501 | P.O. Box 636 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| Telephone: (302) 252-4320 | Telephone: (302) 651-3080 |
| Facsimile: (302) 252-4330 | Facsimile: (302) 434-3080 |
| *Counsel for Defendant Delia Parker* | *Counsel for Delta Petroleum General Recovery Trust* |

OF COUNSEL:

Ron Meisler
Ebba Gebisa
155 North Wacker Drive
Chicago, IL 60606