**CERTIFICATE OF SERVICE**

      I, Heidi Sasso, certify that I am not less than 18 years of age, and that on November 26, 2012, I caused a copy of the foregoing to be served upon the parties listed below via hand delivery or United States Mail:

Anthony W. Clark, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Ron Meisler
Ebba Gebisa
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

Raymond Lemisch
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Ste. 801
Wilmington, DE 19801

Barry Wilkie
Jones & Keller PC
1999 Broadway, Ste. 3150
Denver, CO 80202

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 26, 2012        /s/ Heidi Sasso
                                              Heidi Sasso