**EXHIBIT A**

**Delta Petroleum Corporation, et al.**

**Bankruptcy Case No. 11-14006**

**Summary of Fees and Expenses for the Final Fee Applications**

**Hearing: December 4, 2012 at 3:00 p.m. (Eastern Time)**

**Debtor Professionals**

Morris, Nichols, Arsht & Tunnell LLP

A. Ninth Monthly (For The Period August 1, 2012 Through August 31, 2012) And Final Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware Bankruptcy Co-Counsel To Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 16, 2011 Through August 31, 2012 (D.I. 994, Filed 9/21/12).

  1. Fifth Monthly Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware Bankruptcy Co-Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 549, Filed 5/11/12);

  2. Certificate Of No Objection Regarding Docket No. 549 (D.I. 599, Filed 6/7/12);

  3. Sixth Monthly Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware Bankruptcy Co-Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 615, Filed 6/15/12);

  4. Certificate Of No Objection Regarding Docket No. 615 (D.I. 711, Filed 7/11/12);

  5. Seventh Monthly Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware Bankruptcy Co-Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 780, Filed 7/25/12);

  6. Certificate Of No Objection Regarding Docket No. 780 (D.I. 949, Filed 9/4/12);

  7. Eighth Monthly Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware Bankruptcy Co-Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary

Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 952, Filed 9/5/12);

8. Notice Of Filing Of Supplement To Exhibit B To The Ninth Monthly (For The Period August 1, 2012 Through August 31, 2012) And Final Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware Bankruptcy Co-Counsel To Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 16, 2011 Through August 31, 2012 (D.I. 1009, Filed 9/27/12);

9. Certificate Of No Objection Regarding Docket No. 952 (D.I. 1010, Filed 9/27/12);

10. Certificate Of No Objection Regarding Docket No. 994 (D.I. 1064, Filed 10/24/12);

11. Fee Examiner's Final Report Regarding The Fifth Through Ninth Monthly Applications And The Final Fee Application Of Morris, Nichols, Arsht & Tunnell LLP (D.I. 1138, Filed 11/27/12).

Pinckney, Harris & Weidinger, LLC

B. Second Monthly Interim Fee Application For The Period April 1, 2012 Through August 31, 2012 And Final Fee Application For The Period Of March 5, 2012 Through August 31, 2012 Of Pinckney, Harris & Weidinger, LLC As Special Conflicts Counsel To The Debtors, For Compensation And Reimbursement Of Expenses (D.I. 998, Filed 9/24/12).

   1. Certificate Of No Objection Regarding Docket No. 998 (D.I. 1071, Filed 10/25/12); and

   2. Fee Examiner's Final Report Regarding The Second Monthly Interim And Final Fee Application Of Pinckey, Harris & Weidinger, LLC (D.I. 1133, Filed 11/20/12).

KPMG LLP

C. Seventh Monthly And Final Fee Application Of KPMG LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Service Provider For Audit, Tax Compliance And Tax Consulting Matters To The Debtors For The Monthly Period From July 1, 2012 Through August 31, 2012 And For The Final Period From January 18, 2012 Through August 31, 2012 (D.I. 1040, Filed 10/1/12).

   1. Fourth Monthly Application Of KPMG LLP As Service Provider For Audit, Tax Compliance And Tax Consulting Matters To Debtors For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 575, Filed 5/30/12);

   2. Certificate Of No Objection Regarding Docket No. 575 (D.I. 633, Filed 6/27/12);

3. Fifth Monthly Application Of KPMG LLP As Service Provider For Audit, Tax Compliance And Tax Consulting Matters To Debtors For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 629, Filed 6/22/12);

4. Certificate Of No Objection Regarding Docket No. 629 (D.I. 869, Filed 8/8/12);

5. Sixth Monthly Application Of KPMG LLP As Service Provider For Audit, Tax Compliance And Tax Consulting Matters To Debtors For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 789, Filed 7/26/12);

6. Certificate Of No Objection Regarding Docket No. 789 (D.I. 1011, Filed 9/28/12);

7. Certificate Of No Objection Regarding Docket No. 1040 (D.I. 1067, Filed 10/24/12); and

8. Fee Examiner's Final Report Regarding The Fourth, Fifth, Sixth And Seventh Monthly Fee Applications And The Final Fee Application Of KPMG LLP (D.I. 1129, Filed 11/20/12).

Davis Graham & Stubbs LLP

D. Ninth Monthly Application (For The Period August 1, 2012 Through August 31, 2012) And Final Application Of Davis Graham & Stubbs LLP, As Special Corporate Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For the Period December 16, 2011 Through August 31, 2012 (D.I. 1024, Filed 10/1/12).

1. Fifth Monthly Application Of Davis Graham & Stubbs LLP, As Special Corporate Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For the Period April 1, 2012 Through April 30, 2012 (D.I. 721, Filed 7/12/12);

2. Amended Notice And Notice Of Filing Of Exhibits To The Fifth Monthly Application Of Davis Graham & Stubbs LLP, As Special Corporate Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For the Period April 1, 2012 Through April 30, 2012 (D.I. 830, Filed 7/31/12);

3. Certificate Of No Objection Regarding Docket No. 721 (D.I. 933, Filed 8/22/12);

4. Sixth Monthly Application Of Davis Graham & Stubbs LLP, As Special Corporate Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary

Expenses Incurred For the Period May 1, 2012 Through May 31, 2012 (D.I. 860, Filed 8/7/12);

5. Certificate Of No Objection Regarding Docket No. 860 (D.I. 951, Filed 9/5/12);

6. Seventh Monthly Application Of Davis Graham & Stubbs LLP, As Special Corporate Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For the Period June 1, 2012 Through June 30, 2012 (D.I. 976, Filed 9/14/12);

7. Certificate Of No Objection Regarding Docket No. 976 (D.I. 1048, Filed 10/9/12);

8. Eighth Monthly Application Of Davis Graham & Stubbs LLP, As Special Corporate Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For the Period July 1, 2012 Through July 31, 2012 (D.I. 1001, Filed 9/25/12);

9. Certificate Of No Objection Regarding Docket No. 1001 (D.I. 1061, Filed 10/19/12);

10. Certificate Of No Objection Regarding Docket No. 1024 (D.I. 1066, Filed 10/24/12);

11. Fee Examiner's Final Report Regarding The Fifth Through Ninth Monthly Applications And The Final Application Of Davis Graham & Stubbs LLP (D.I. 1136, Filed 11/26/12).

<u>Evercore Partners</u>

E. Final Application Of Evercore Group, L.L.C., As Financial Advisor And Investment Banker To Debtors And Debtors-In-Possession, For The Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 16, 2011 Through August 31, 2012 (D.I. 1058, Filed 10/15/12).

   1. Fourth Monthly Fee Application Of Evercore Partners, Investment Banker And Financial Advisor For The Debtors, For Allowance Of Compensation For The Period December 16, 2011 Through January 31, 2012 And Reimbursement Of Expenses For The Period April 1, 2012 Through April 30, 2012 (D.I. 700, Filed 7/9/12);

   2. Certificate Of No Objection Regarding Docket No. 700 (D.I. 850, Filed 8/3/12);

   3. Fifth Monthly Application Of Evercore Partners, Investment Banker And Financial Advisor For The Debtors, For Allowance Of Compensation For The Period February 1, 2012 Through February 29, 2012 And Reimbursement Of Expenses For The Period May 1, 2012 Through May 31, 2012 (D.I. 726, Filed 7/13/12);

   4. Certificate Of No Objection Regarding Docket No. 726 (D.I. 931, Filed 8/22/12);

5.  Sixth Monthly Application Of Evercore Partners, Investment Banker And Financial Advisor For The Debtors, For Allowance Of Compensation For The Period March 1, 2012 Through March 31, 2012 And Reimbursement Of Expenses For The Period June 1, 2012 Through June 30, 2012 (D.I. 862, Filed 8/7/12);

6.  Certificate Of No Objection Regarding Docket No. 862 (D.I. 955, Filed 9/6/12);

7.  Seventh Monthly Application Of Evercore Partners, Investment Banker And Financial Advisor For The Debtors, For Allowance Of Compensation For The Period March 1, 2012 Through March 31, 2012 And Reimbursement Of Expenses For The Period July 1, 2012 Through July 31, 2012 (D.I. 1042, Filed 10/1/12);

8.  Second Interim Fee Application Of Evercore Partners, Investment Banker And Financial Advisor For The Debtors, For The Period April 1, 2012 Through August 31, 2012 (D.I. 1043, Filed 10/1/12);

9.  Certificate Of No Objection Regarding Docket No. 1042 (D.I. 1113, Filed 11/13/12);

10. Fee Examiner's Final Report Regarding The Second Interim Fee Application And Final Application Of Evercore Partners (D.I. 1140, Filed 11/27/12).

Hughes Hubbard & Reed LLP

F.  Ninth Monthly (For The Period August 1, 2012 Through August 31, 2012) And Final Application Of Hughes Hubbard & Reed LLP, As Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 16, 2011 Through August 31, 2012 (D.I. 1044, Filed 10/1/12).

   1.  Fifth Monthly Application Of Hughes Hubbard & Reed LLP, As Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2012 Through April 30, 2012 (D.I. 571, Filed 5/23/12);

   2.  Certificate Of No Objection Regarding Docket No. 571 (D.I. 611, Filed 6/14/12);

   3.  Sixth Monthly Application Of Hughes Hubbard & Reed LLP, As Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2012 Through May 31, 2012 (D.I. 732, Filed 7/16/12);

   4.  Certificate Of No Objection Regarding Docket No. 732 (D.I. 904, Filed 8/14/12);

5. Seventh Monthly Application Of Hughes Hubbard & Reed LLP, As Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 835, Filed 7/31/12);

6. Certificate Of No Objection Regarding Docket No. 835 (D.I. 935, Filed 8/23/12);

7. Eighth Monthly Application Of Hughes Hubbard & Reed LLP, As Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 1031, Filed 10/1/12);

8. Notice Of Filing Of Supplement To Exhibit B To The Ninth Monthly (For The Period August 1, 2012 Through August 31, 2012) And Final Application Of Hughes Hubbard & Reed LLP, As Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 16, 2011 Through August 31, 2012 (D.I. 1049, Filed 10/9/12);

9. Notice Of Filing Of Second Supplement To Exhibit B To The Ninth Monthly (For The Period August 1, 2012 Through August 31, 2012) And Final Application Of Hughes Hubbard & Reed LLP, As Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 16, 2011 Through August 31, 2012 (D.I. 1054, Filed 10/11/12);

10. Certificate Of No Objection Regarding Docket No. 1044 (D.I. 1107, Filed 11/6/12);

11. Certificate Of No Objection Regarding Docket No. 1031 (D.I. 1109, Filed 11/7/12);

12. Fee Examiner's Final Report Regarding The Fifth, Sixth, Seventh, Eighth, Ninth Monthly And Final Applications Of Hughes Hubbard & Reed LLP (D.I. 1142, Filed 11/27/12).

**Committee Professionals**

Akin Gump Strauss Hauer & Feld LLP

G. Third Monthly And Final Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors Of Delta Petroleum Corporation, et al., For Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 27, 2012 Through August 31, 2012 (D.I. 1014, Filed 9/28/12).

1. First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 27, 2012 Through June 30, 2012 (D.I. 881, Filed 8/10/12);

2. Certificate Of No Objection Regarding First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 27, 2012 Through June 30, 2012 (D.I. 953, Filed 9/5/12);

3. Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2012 Through July 31, 2012 (D.I. 938, Filed 8/28/12);

4. Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2012 Through July 31, 2012 (D.I. 939, Filed 8/28/12);

5. Certificate Of No Objection Regarding Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2012 Through July 31, 2012 (D.I. 993, Filed 9/19/12);

6. Delta Petroleum General Recovery Trust's Objection To Application Of Akin Gump Strauss Hauer & Feld LLP For Final Allowance Of Compensation (D.I. 1114, Filed 11/13/12);

7. Fee Examiner's Final Report Regarding The First Monthly, Second Monthly, And Third Monthly And Final Applications Of Akin Gump Strauss Hauer & Feld LLP (D.I. 1135, Filed 11/26/12).

Pepper Hamilton LLP

H. Second Monthly And Final Application Of Pepper Hamilton LLP As Delaware Counsel To The Official Committee Of Unsecured Creditors For Compensation And Reimbursement Of Expenses Incurred For The Period From August 1, 2012 Through August 31, 2012 (D.I. 975, Filed 9/14/12).

1. First Monthly Application Of Pepper Hamilton LLP As Delaware Counsel To The Official Committee Of Unsecured Creditors For Compensation And Reimbursement Of Expenses Incurred For The Period From June 29, 2012 Through July 31, 2012 (D.I. 871, Filed 8/9/12);

2. Certificate Of No Objection Regarding First Monthly Application Of Pepper Hamilton LLP As Delaware Counsel To The Official Committee Of Unsecured Creditors For Compensation And Reimbursement Of Expenses Incurred For The Period From June 29, 2012 Through July 31, 2012 (D.I. 948, Filed 8/31/12);

3. Amended Notice Of Second Monthly And Final Application Of Pepper Hamilton LLP As Delaware Counsel To The Official Committee Of Unsecured Creditors For Compensation And Reimbursement Of Expenses Incurred For The Period From August 1, 2012 Through August 31, 2012 (D.I. 991, Filed 9/18/12);

4. Certificate Of No Objection Regarding Second Monthly And Final Application Of Pepper Hamilton LLP As Delaware Counsel To The Official Committee Of Unsecured Creditors For Compensation And Reimbursement Of Expenses Incurred For The Period From August 1, 2012 Through August 31, 2012 (D.I. 1051, Filed 10/10/12); and

5. Fee Examiner's Final Report Regarding The First And Second Monthly Applications And Final Application Of Pepper Hamilton LLP (D.I. 1110, Filed 11/7/12).

<u>FTI Consulting, Inc.</u>

I. First And Final Fee Application Of FTI Consulting, Inc., As Financial Advisor To The Official Committee Of Unsecured Creditors For Compensation And Reimbursement Of Expenses For The Period From July 3, 2012 Through And Including August 31, 2012 (D.I. 1015, Filed 9/28/12).

1. Certificate Of No Objection Regarding First And Final Fee Application Of FTI Consulting, Inc., As Financial Advisor To The Official Committee Of Unsecured Creditors For Compensation And Reimbursement Of Expenses For The Period From July 3, 2012 Through And Including August 31, 2012 (D.I. 1115, Filed 11/13/12); and

2. Fee Examiner's Final Report Regarding The First And Final Fee Application Of FTI Consulting, Inc. (D.I. 1132, Filed 11/20/12).