# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM CORPORATION, et al., | Case No. 11-14006 (KJC) |
| Debtors. | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-50876 (KJC) |
| ROGER PARKER AND DELIA PARKER, | |
| Defendants. | |

**CERTIFICATION OF COUNSEL IN SUPPORT OF ENTRY OF SCHEDULING ORDER**

The undersigned counsel for PAR Petroleum Corporation and its affiliates (collectively the "Reorganized Debtors") and Delta Petroleum General Recovery Trust ("Delta Petroleum Trust") hereby certifies as follows:

On September 21, 2012, Delta Petroleum Trust filed a Complaint for Avoidance of Interests and Recovery of Property of the Estate (Adv. D.I. 1) against Roger Parker and Delia Parker. On October 25, 2012, Roger Parker filed his answer

(Adv. D.I. 7).   On November 26, 2012, Delia Parker filed her answer (Adv. D.I. 20).

Pursuant to Local Rule 7016-1, the initial Fed. R. Civ. P. 16 scheduling and planning conference in this adversary proceeding was held in connection with the status conference in this case on December 4, 2012, at 3:00 pm (Eastern Time).

In connection with the negotiation of this order, the parties met and conferred regarding the scheduling and discovery matters reflected in the proposed scheduling order ("<u>Scheduling Order</u>") as required under Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026.

As a result of these discussions, the parties have agreed to the terms of the Scheduling Order, attached hereto as <u>Exhibit 1</u>.

WHEREFORE, Delta Petroleum Trust respectfully requests that the Court enter the Scheduling Order at its earliest convenience.

Dated: Wilmington, Delaware
December 21, 2012

/s/ Kristhy M. Peguero
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Ron E. Meisler
Ebba Gebisa
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for the Reorganized Debtors and Delta Petroleum General Recovery Trust*