# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DELTA PETROLEUM CORPORATION, et al.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 11-14006 (KJC)<br><br>Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST,<br><br>                    Plaintiff,<br><br>   v.<br><br>ROGER PARKER AND<br>DELIA PARKER,<br><br>                  Defendants. | Adv. Pro. No. 12-50876 (KJC)<br><br><br><br><br>Ref. Docket No. 23 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 26, 2012, I caused to be served the "Scheduling Order," dated December 26, 2012 [Docket No. 23 in Adv. Case No. 12-50876], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506) and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Carol Zhang*

Sworn to before me this
27th day of December, 2012

Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADAMS AND REESE LLP | ATTN: LISA MERZ HEDRICK (COUNSEL TO MISSIANA, LLC, BENEDICT CORPORATION, & L.W. WICKES AGENT, CORPORATION) 4500 ONE SHELL SQUARE 701 POYDRAS STREET NEW ORLEANS LA 70139 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DANIEL H. GOLDEN (COUNSEL TO OFFICIAL COMMITTEE OF UNSEC CREDITORS) ONE BRYANT PARK NEW YORK NY 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JAMES R. SAVIN (COUNSEL TO OFFICIAL COMMITTEE OF UNSEC CREDITORS) 1333 NEW HAMPSHIRE AVE., NORTHWEST WASHINGTON DC 20036 |
| AMERICAN CONTRACTORS INDEMNITY COMPANY | U.S. SPECIALTY INSURANCE COMPANY AND/OR FKA: HCC SURETY GROUP 601 SOUTH FIGUEROA STREET, SUITE 1600 LOS ANGELES CA 90017-5721 |
| ANDREWS KURTH LLP | ATTN: DAVID A. ZDUNKEWICZ & ROBIN RUSSELL, ESQS. (COUNSEL FOR ENTERPRISE GAS PROCESSING, LLC) 600 TRAVIS, SUITE 4200 HOUSTON TX 77002 |
| ASHBY & GEDDES, P.A. | ATTN: DON A. BESKRONE, GREGORY A. TAYLOR AND KAREN B. SKOMORUCHA (COUNSEL TO MACQUARIE BANK LIMITED) 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ATTORNEY GENERAL FOR THE STATE OF DE | ATTN: JOSEPH R. BIDEN, III., ESQ. CARVEL STATE OFFICE BUILDING 820 N. FRENCH STREET WILMINGTON DE 19801 |
| BAKER & HOSTETLER | ATTN: JORIAN ROSE (COUNSEL TO MACQUARIE BANK LTD. & MACQUARIE CAPITAL (USA) INC. 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |
| BECKET & LEE LLP | ATTN: GILBERT B. WEISMAN, ESQ. (COUNSEL FOR AMERICAN EXPRESS BANK, FSB) P.O. BOX 3001 MALVERN PA 19355-0701 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: RAYMOND H. LEMISCH, ESQ. (COUNSEL OF WESTERN COLORADO AG SERVICE LLC) 222 DELAWARE AVENUE, SUITE 801 WILMINGTON DE 19801 |
| BIFFERATO GENTILOTTI LLC | ATTN: GARVAN F. MCDANIEL, MARY E. AUGUSTINE, ESQS. (COUNSEL TO SEISMIC EXCHANGES, INC.) 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BROWN RUDNICK LLP | ATTN: ROBERT STARK, ESQ. (CO-COUNSEL TO WHITEBOX ADVISORS, LLC) SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: HOWARD L. SIEGEL AND DANIELLE M. BENNETT (CO-COUNSEL TO WHITEBOX ADVISORS, LLC, WATERSTONE AND DIP AGENT) 185 ASYLUM STREET) HARTFORD CT 06103 |
| BRYAN CAVE HRO | ATTN: ERIC E. JOHNSON, ESQ. (COUNSEL TO THE INDUSTRIAL GROUP LLC) 1700 LINCOLN, SUITE 4100 DENVER CO 80203 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ. (COUNSEL TO THE INDUSTRIAL GROUP LLC) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| CAERUS OIL AND GAS LLC | ATTN: DAVID H. KEYTE, CHAIRMAN AND CEO 600 SEVENTEENTH STREET, SUITE 1600N DENVER CO 80202 |
| CITY AND COUNTY OF DENVER | ATTN: ROBERT MCDERMOTT, ASST. CITY ATTORNEY MUNICIPAL OPERATIONS 201 WEST COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| CLIFFORD & BROWN | ATTN: MARC E. DENISON, ESQ. (COUNSEL TO AERA ENERGY, LLC) 1430 TRUXTUN AVENUE, SUITE 900 BAKERSFIELD CA 93301 |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | ATTN: NORMAN L. PERNICK, ESQ. (CO-COUNSEL TO WHITEBOX ADVISORS LLC) 500 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 |
| COLORADO OIL AND GAS CONSERVATION COMMISSION | 1120 LINCOLN STREET, SUITE 801 DENVER CO 80203 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: JEFFREY C. WISLER & MARC J. PHILLIPS, ESQS. (COUNSEL FOR ENTERPRISE GAS PROCESSING, LLC) THE NEMOURS BUILDING 1007 NORTH ORANGE STREET P.O. BOX 2207 WILMINGTON DE 19899 |
| CONNOLLY GALLAGHER LLP | ATTN: KAREN C. BIFFERATO, ESQ. (COUNSEL FOR STANLEY F. FREEDMAN) THE BRANDYWINE BUILDING 1000 WEST STREET, 14TH FLOOR WILMINGTON DE 19801 |
| DARLING MILLIGAN SMITH & LESCH, PC | ATTN: BRIAN D.MILLIGAN (COUNSEL FOR MRP FLUIDS, LLC & RP SERVICES, LLC) 1331 17TH STREET, SUITE 800 DENVER CO 80202 |
| DELAWARE DIVISION OF REVENUE | ATTN: RANDY R. WELLER, MS NO 25 820 N. FRENCH STREET WILMINGTON DE 19801 |
| DEPARTMENT OF LABOR | ATTN: DIVISION OF UNEMPLOYMENT INSURANCE 4425 N. MARKET STREET WILMINGTON DE 19801 |
| DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN, ESQ. (COUNSEL TO U.S. BANK NATIONAL ASSOCIAITON) 919 N. MARKET STREET, 19TH FLOOR WILMINGTON DE 19801-3046 |

| Claim Name | Address Information |
|---|---|
| DLA PIPER LLP (US) | ATTN: CRAIG V. RASILE, ESQ. (COUNSEL FOR U.S. BANK NATIONAL ASSOCIATION) 200 S. BISCAYNE BLVD., SUITE 2300 MIAMI FL 33131 |
| DORE MAHONEY LAW GROUP, P.C. | ATTN: CARL DORE, JR. (COUNSEL TO WEATHERFORD INTERNATIONAL, INC. AND SELECT ENERGY SVCS., LLC., DBA SELECT TANK TRUCKS) 17171 PARK ROW, SUITE 160 HOUSTON TX 77084 |
| DORSEY & WHITNEY (DELAWARE) LLP | ATTN: ERIC LOPEZ SCHNABEL & ROBERT W. MALLARD, ESQ (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) 300 DELAWARE AVENUE, SUITE 1010 WILMINGTON DE 19801 |
| DORSEY & WHITNEY LLP | ATTN: STEVEN J. HEIM & ELIZABETH HULSEBOS, ESQS. (COUNSEL FOR U.S. BANK NATIONAL ASSOCIATION 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402-1498 |
| FEDERAL COMMUNICATIONS COMMISSION | ATTN: MATTHEW BERRY, ESQ. OFFICE OF GENERAL COUNSEL 445 12TH STREET, S.W. WASHINGTON DC 20554 |
| GORDON ARATA MCCOLLAM DUPLANTIS & EGAN, LLC | ATTN: LOUIS M. PHILLIPS & ELIZABETH A. SPURGEON (COUNSEL TO MACQUUARIE BANK LIMITED) ONE AMERICAN PLACE 301 MAIN STREET, SUITE 1600 BATON ROUGE LA 70801-1916 |
| HOLLAND & HART LLP | ATTN: RISA LYNN WOLF-SMITH (COUNSEL FOR COLLBRAN VALLEY GAS GATHERING, LLC) 555 SEVENTEENTH STREET, SUITE 3200 DENVER CO 80202 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 2970 MARKET STREET P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JPMORGAN CHASE BANK, N.A. | ATTN: RYAN FUESSEL 712 MAIN STREET, FLOOR 12 HOUSTON TX 77002 |
| LATHAM & WATKINS LLP | ATTN: ROBERT A. KLYMAN (COUNSEL FOR CAERUS OIL AND GAS LLC) 355 SOUTH GRAND AVENUE LOS ANGELES CA 90071-1560 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER (COUNSEL FOR DALLAS COUNTY) 2323 BRYAN STREET, STE. 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN:  JOHN P. DILLMAN (COUNSEL TO MATAGORDA COUNTY, POLK COUNTY, HARRIS COUNTY, TARKINGTON ISD, AND CLEVELAND ISD) P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS (COUNSEL FOR NUECESW COUNTY, ARANSAS COUNTRY, LAVACA COUNTY, LAVACA COUNTY CAD, DEWITT COUNTY) P.O. BOX 17428 AUSTIN TX 78760 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN, ESQ. & IRA M. LEVEE, ESQ. (COUNSEL TO GEORGE DARWIN AND THE PUTATIVE CLASS) 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MACQUARIE CAPITAL (USA) INC. | ATTN: OWEN BASHAM 125 W. 55TH STREET NEW YORK NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER, ESQ. (COUNSEL TO WESTERN OILFIELD SUPPLY, LLC) RENAISSANCE CENTRE 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: MICHAEL REED, ESQ. (COUNSEL FOR MIDLAND CENTRAL APPRAISAL DISTRICT) P.O. BOX 1269 ROUND ROCK TX 78680 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: HOWARD B. KLEINBERG, ESQUIRE (COUNSEL FOR STANLEY F. FREEDMAN) 990 STEWART AVENUE, SUITE 300 P.O. BOX 9194 GARDEN CITY NY 11530 |
| OAKTREE CAPITAL MANAGEMENT, L.P. | ATTN: NAEEM ARASTU, VP, GLOBAL PRINCIPAL GROUP (COUNSEL FOR CAERUS OIL AND GAS LLC) 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN: ERIC H. HOLDER, JR., ESQ. U.S. DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20530-0001 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIIARA PATTON, ESQ. J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 |
| OKLAHOMA CORPORATION COMMISSION | C/O YASODHARA MOHANTY MEANS P.O. BOX 52000-2000 OKLAHOMA CITY OK 73152-2000 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT L.L.P. | ATTN: YOLANDA M. HUMPHREY (COUNSEL TO LIBERTY INDEPENDENT SCHOOL DISTRICT) 1235 NORTH LOOP WEST, SUITE 600 HOUSTON TX 77008 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P | ATTN: MICHAEL J. DARLOW (COUNSEL FOR BRAZORIA CTY., PT FREEPORT, BRAZORIA CTY EMGY SVCS DIST#3, SPECIAL RD & BRIDGE DISTRICT ANGLETON ISD & ANGLETON-DANBURY HOSPITAL DISTRICT) 1235 NORTH LOOP WEST, SUITE 600 HOUSTON TX 77008 |
| R W JONES TRUCKING COMPANY | ATTN: RYAN W. JONES P.O. BOX 1785 1388 EAST 1000 SOUTH VERNAL UT 84078 |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: ROBERT J. STEARN, JR., PAUL N. HEATH, & ROBERT C. MADDOX (COUNSEL FOR ENCANA OIL & GAS (USA) INC.) ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: MARIA A. MILANO (COUNSEL TO MICROSOFT) 1001 - 4TH AVENUE, SUITE 4500 |

| Claim Name | Address Information |
|---|---|
| RIDDELL WILLIAMS P.S. | SEATTLE WA 98154 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN: TRIG SMITH, ESQ. (COUNSEL FOR GEORGE DARWIN AND THE PUTATIVE CLASS) 655 WEST BROADWAY, SUITE 1900 SAN DIEGO CA 92101 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECRETARY OF TREASURY | 820 SILVER LAKE BOULEVARD SUITE 100 DOVER DE 19904 |
| SECRETARY OF TREASURY | 15TH & PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SEISMIC EXCHANGE, INC. | ATTN: HEATHER A. CAMPBELL, ESQ. 4805 WESTWAY PARK BLVD. HOUSTON TX 77041 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: RON E. MEISLER & EBBA GEBISA (COUNSEL TO ZELL CREDIT OPPORTUN. MASTER FUND, LP & PAR PETROLEUM CORP.) 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| STATE OF MICHIGAN | DEPARTMENT OF TREASURY ATTN: BILL SCHUETTE, A/G & HEATHER DONALD, ASST AG CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| THE DEPOSITORY TRUST COMPANY | REORG ANNOUNCEMENTS 55 WATER STREET NEW YORK NY 10041 |
| THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B. ROSNER, JULIA B. KLEIN, ESQS. (COUNSEL FOR MACQUARIE CAPITAL (USA) INC. 824 MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| U.S. BANK N.A. (AS INDENTURE TRUSTEE FOR | 3.75% CONVERTIBLE & 7% HIGH YIELD PLUS ACCR INTST) ATTN: CINDY WOODWARD - EP MN WS 1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: VICTOR W. ZHAO CIVIL DIVISION (COUNSEL TO THE U.S. DEPARTMENT OF INTERIOR) P.O. BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES ATTORNEY'S OFFICE | ATTN: ELLEN W. SLIGHTS, ESQ. DISTRICT OF DELAWARE 1007 N. ORANGE STREET, SUITE 700 WILMINGTON DE 19801 |
| WERB & SULLIVAN | ATTN: BRIAN A. SULLIVAN (COUNSEL TO MISSIANA, LLC, BENEDICT CORPORATION, & L.W. WICKES AGENT, CORPORATION) 300 DELAWARE AVENUE, 13TH FLOOR P.O. BOX 25046 WILMINGTON DE 19899 |

**Total Creditor count  68**

**DPC Adv Order 12-50876 - 12/26/2012**
Jones & Keller, PC
Attn: Aaron Goldhamer
1999 Broadway
Suite 3150
Denver, CO 80202

**DPC Adv Order 12-50876 - 12/26/2012**
Jones & Keller, PC
Attn: Barry L. Wilkie
1999 Broadway
Suite 3150
Denver, CO 80202

**DPC Adv Order 12-50876 - 12/26/2012**
Benesch Friedlander Coplan & Aronoff
Attn: Raymond Howard Lemisch
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

**DPC Adv Order 12-50876 - 12/26/2012**
Jones & Keller, PC
Attn: Stuart N. Bennett
1999 Broadway
Suite 3150
Denver, CO 80202

**DPC Adv Order 12-50876 - 12/26/2012**
Womble Carlyle Sandridge & Rice, LLP
Attn: Ericka Fredricks Johnson
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

**DPC Adv Order 12-50876 - 12/26/2012**
Womble Carlyle Sandridge & Rice, LLP
Attn: Kevin J. Mangan
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801