**CERTIFICATE OF SERVICE**

       I, Anthony W. Clark, hereby certify that on January 4, 2013, I caused the foregoing **Amended Complaint** to be served on the parties listed on <u>Exhibit A</u>, attached hereto, by United States first class mail, unless otherwise indicated thereon.

                                                        */s/ Anthony W. Clark*
                                                        Anthony W. Clark

**Exhibit A**
**Service Parties**

Delia Parker
21 Martin Lane,
Cherry Hills Village, Colorado 80113

Maria R. Massaro, Esq.
1313 Carlyle Park Circle,
Highlands Ranch, Colorado 80129

Roger Parker
9 Cherry Hills Park Dr
Cherry Hills Village, Colorado 80113

Kevin J. Mangan, Esq.
Ericka F. Johnson, Esq.
Womble Carlyle Sandridge & Rice LLP
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801

Raymond H. Lemisch, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202