IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELTA PETROLEUM, et al., | ) | Case No. 11-14006 (KJC) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| DELTA PETROLEUM | ) | |
| GENERAL RECOVERY TRUST AND, | ) | |
| PAR PETROLEUM CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Case No. 12-50876 (KJC) |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER PARKER and | ) | |
| DELIA PARKER, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF INITIAL DISCLOSURES OF DEFENDANT, DELIA PARKER, PURSUANT TO FED.R.CIV.P RULE 26(a)(1) AND FED.R.BANKR.P 7026**

PLEASE TAKE NOTICE that on January 16, 2013, Defendant Delia Parker, by and through her undersigned counsel, caused a copy of the **Initial Disclosures of Defendant, Delia Parker, Pursuant to Fed. R. Civ. P. Rule 26(a)(1) and Fed. R. Bankr. P. 7026** to be served upon the following individual(s) via United States First Class Mail:

Anthony W. Clark
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Ron Meisler
Ebba Gebisa
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

Raymond Lemisch
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Ste. 801
Wilmington, DE 19801

Barry Wilkie
Jones & Keller PC
1999 Broadway, Ste. 3150
Denver, CO 80202

- 2 -

Derek C. Abbott
Ann C. Cordo
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801

Kathryn A. Coleman
W. Peter Beardsley
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Dated: January 16, 2013

            **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

            /s/ Ericka F. Johnson
            Kevin J. Mangan (Del. Bar No. 3810)
            Ericka F. Johnson (Del. Bar No. 5024)
            222 Delaware Avenue, Suite 1501
            Wilmington, DE 19801
            Telephone: (302) 252-4324
            Facsimile: (302) 252-4330
            E-mail: kmangan@wcsr.com
            E-mail: erjohnson@wcsr.com

            Attorneys for Defendant, Delia Parker