# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELTA PETROLUEM, et al.,[1] | : | Case No. 11-14006 (KJC) |
| Debtors. | : | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 12-50876 (KJC) |
| ROGER PARKER, - and - Delia Parker, | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Anthony W. Clark, certify that on January 16, 2013, I caused a copy of Plaintiffs' Initial Disclosures Pursuant To Fed. R. Civ. P. 26(A)(1)(A) to be served on the following counsel of record in the manner indicated:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Reorganized Debtors' headquarters are located at: 1301 McKinney Street, Suite 2025, Houston, TX 77010.

| | |
|---|---|
| Raymond H. Lemisch, Esq.<br>Benesch, Friedlander, Coplan<br>  & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>**(By Hand Delivery)** | Barry L. Wilkie, Esq.<br>Stuart N. Bennett, Esq.<br>Aaron Goldhamer, Esq.<br>JONES & KELLER, P.C.<br>1999 Broadway, Suite 3150<br>Denver, CO 80202<br>**(By First-class Mail)** |

Kevin J. Mangan, Esq.
Ericka F. Johnson, Esq.
Womble Carlyle Sandridge
  & Rice LLP
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
**(By Hand Delivery)**

Dated: Wilmington, Delaware
       January 16, 2013

                        */s/ Anthony W. Clark*
                        Anthony W. Clark (I.D. No. 2051)
                        Kristhy M. Peguero (I.D. No. 4903)
                        Skadden, Arps, Slate, Meagher & Flom LLP
                        One Rodney Square
                        P.O. Box 636
                        Wilmington, Delaware 19899-0636
                        (302) 651-3000

                        and

                        Ron Meisler
                        Ebba Gebisa
                        Skadden, Arps, Slate, Meagher & Flom LLP
                        155 North Wacker Drive
                        Chicago, Illinois 60606-1720
                        (312) 407-0700

                        *Counsel for Delta Petroleum General Recovery Trust*
                        *and Par Petroleum Corporation*