**CERTIFICATE OF SERVICE**

I, Heidi Sasso, certify that I am not less than 18 years of age, and that on January 18, 2013, I caused a copy of the foregoing to be served upon the parties listed below via hand delivery or United States Mail:

Anthony W. Clark, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Ron Meisler
Ebba Gebisa
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

Raymond Lemisch
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Ste. 801
Wilmington, DE 19801

Barry Wilkie
Jones & Keller PC
1999 Broadway, Ste. 3150
Denver, CO 80202

Derek C. Abbott
Ann C. Cordo
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801

Kathryn A. Coleman
W. Peter Beardsley
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 18, 2013                     /s/ Heidi Sasso
                                            Heidi Sasso

1