## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELTA PETROLUEM, et al., | : | Case No. 11-14006 (KJC) |
| Debtors. | : | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST, | : | |
| Plaintiff, | : | Adv. Pro No. 12-50877 (KJC) |
| v. | : | |
| ROGER PARKER and DELIA PARKER, | : | |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on January 18, 2013, true and correct copies of the foregoing document were served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via First Class Mail, postage prepaid or Hand Delivery upon the following parties:

| | |
|---|---|
| Anthony W. Clark, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, Delaware 19801 | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois  60606-1720 |

7491492 v2

| |  |
|---|---|
| Kevin J. Mangan, Esquire<br>Ericka F. Johnson, Esquire<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE  19801 |  |

Dated:  January 18, 2013

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:    /s/ Raymond H. Lemisch
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
(302) 442-7010   telephone
(302) 442-7012   facsimile
rlemisch@beneschlaw.com

- and -

Barry L. Wilkie, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600   telephone
(303) 573-8133   facsimile
bwilkie@joneskeller.com

*Counsel to Roger Parker*