IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x : | | |
| In re: : | | Chapter 11 |
| : | | |
| DELTA PETROLEUM CORPORATION, et al., : : | | Case No. 11-14006 (KJC) |
| : | | Jointly Administered |
| Debtors. : : | | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, : : : : : | | |
| : | | Adv. Pro. No. 12-50876 (KJC) |
| Plaintiffs, : | | |
| : | | |
| v. : | | |
| : | | |
| ROGER PARKER AND DELIA PARKER, : : : | | |
| : | | |
| Defendants. : | | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

**STIPULATION REGARDING APPOINTMENT OF MEDIATOR**

　　　　IT IS HEREBY STIPULATED AND AGREED between the plaintiffs and defendants in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and through their undersigned counsel of record, that William P. Bowden shall serve as a mediator in the Adversary Proceeding pursuant to the Scheduling Order entered by the United States Bankruptcy Court for the District of Delaware on December 26, 2012 (Adv. D.I. 23) and Rule 9019-3 of the Local Rules of the United States Bankruptcy Court for the District of Delaware.

Dated: January 24, 2013
Wilmington, Delaware

| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: */s/ Raymond H. Lemisch* | By: */s/ Anthony W. Clark* |
| Raymond H. Lemisch, Esquire (No. 4204) | Anthony W. Clark (I.D. No. 2051) |
| 222 Delaware Avenue, Suite 801 | Kristhy M. Peguero (I.D. No. 4903) |
| Wilmington, Delaware 19801 | One Rodney Square |
| Telephone: (302) 442-7010 | P.O. Box 636 |
| | Wilmington, Delaware 19899-0636 |
| and | Telephone: (302) 651-3000 |
| | Fax: (302) 651-3001 |
| Barry L. Wilkie, Esquire | |
| Stuart N. Bennett, Esquire | and |
| Jones & Keller, P.C. | |
| 1999 Broadway, Suite 3150 | Ron E. Meisler |
| Denver, Colorado 80202 | Ebba Gebisa |
| Telephone: (303) 573-1600 | Skadden, Arps, Slate, Meagher & Flom LLP |
| | 155 N. Wacker Dr. |
| *Counsel for Roger Parker* | Chicago, Illinois 60606 |
| | Telephone: (312) 407-0700 |
| | Fax: (312) 407-0411 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | |
| | *Counsel for the Reorganized Debtors and Delta Petroleum General Recovery Trust* |
| By: */s/ Ericka F. Johnson* | |
| Kevin J. Mangan (I.D. No. 3810) | |
| Ericka F. Johnson (I.D. No. 5024) | |
| 222 Delaware Avenue | |
| Suite 1501 | |
| Wilmington, Delaware 19801 | |
| Telephone: (302) 252-4320 | |
| | |
| *Counsel for Delia Parker* | |

2