# Notice Recipients

District/Off: 0311−1                User: LisaD                    Date Created: 1/25/2013
Case: 12−50876−KJC                 Form ID: van447                Total: 13

**Recipients of Notice of Electronic Filing:**
aty        Anthony W. Clark
aty        Anthony W. Clark
aty        Ericka Fredricks Johnson         erjohnson@wcsr.com
aty        Kevin J Mangan          kmangan@wcsr.com
aty        Kristhy M. Peguero         kristhy.peguero@skadden.com
aty        Raymond Howard Lemisch          rlemisch@beneschlaw.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
md         William P. Bowden         Ashby &Geddes        500 Delaware Avenue        8th Floor        Wilmington, DE 19801
aty        Aaron Goldhamer         Jones &Keller, PC        1999 Broadway        Suite 3150        Denver, CO 80202
aty        Barry L. Wilkie         Jones &Keller, PC        1999 Broadway        Suite 3150        Denver, CO 80202
aty        Ebba Gebisa         Skadden Arps Slate Meagher &Flom LLP        155 North Wacker Drive        Chicago, IL 60606−1720
aty        Ron E. Meisler         Skadden Arps Slate Meagher &Flom LLP        155 North Wacker Drive        Chicago, IL 60606−1720
aty        Stuart N. Bennett         Jones &Keller, PC        1999 Broadway        Suite 3150        Denver, CO 80202
aty        William P. Bowden         ASHBY &GEDDES        500 Delaware Ave.        Wilmington, DE 19801

TOTAL: 7