# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | | |
|---|---|---|
| **In Re:** | ) | Case No.: 11−14006 |
| Delta Petroleum Corporation | ) | Chapter: 11 |
|     Debtor | ) | |
| _____ | ) | |
| Delta Petroleum General Recovery Trust | ) | |
| | ) | |
|     Plaintiff | ) | Adv. Proc. No.: 12−50876−KJC |
|     vs. | ) | |
| Roger Parker and Delia Parker | ) | |
|     Defendant | ) | |

### ORDER ASSIGNING ADVERSARY PROCEEDING TO MEDIATION AND APPOINTING MEDIATOR

    Pursuant to this Court's Standing Order dated April 7, 2004, RE: Procedures in Adversary Proceedings , Delta Petroleum General Recovery Trust , Plaintiff(s) and , Defendant(s) (collectively, the "Parties"), are directed to mediation to attempt to resolve disputes by and between the Parties relative to the above−captioned adversary proceeding. Upon the foregoing, it is hereby
    **ORDERED** that this matter is scheduled for 4/11/2013 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware ; and it is further
    **ORDERED** that the above−captioned adversary proceeding is hereby assigned to mediation; and it is further
    **ORDERED** that the costs of the mediation shall be paid by the bankruptcy estate, or if there is no bankruptcy estate, by the plaintiff in the adversary proceeding, or as directed by the Court; and it is further
    **ORDERED** that:
        (a) If the parties have stipulated to entry of this order, William Bowden , who has been selected by the parties is appointed the mediator in this adversary proceeding; or,
        (b) If the parties have not stipulated to entry of this order, the court appoints , who is a mediator from the Register of Mediators of the United States Bankruptcy Court for the District of Delaware, as the mediator in this adversary proceeding; and it is further
    **ORDERED** that this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware. (Effective February 1, 2002, amended September 1, 2002 ("Local Rule 9019−3 Mediation"); and it is further
    **ORDERED** that all deadlines as defined in the Scheduling Order entered 12/26/12 shall apply.

Date: 1/25/13                                                                  /s/ Kevin J. Carey
                                                                                                                        **United States Bankruptcy Judge**
                                                                                                                        **District of Delaware**

(VAN−447)

```
                            United States Bankruptcy Court
                                  District of Delaware

Delta Petroleum General Recovery Trust,
          Plaintiff                                        Adv. Proc. No. 12-50876-KJC

 Parker,
              Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0311-1           User: LisaD              Page 1 of 2            Date Rcvd: Jan 25, 2013
                               Form ID: van447          Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2013.
 aty          +Aaron Goldhamer,    Jones & Keller, PC,   1999 Broadway,    Suite 3150,   Denver, CO 80202-5736
 aty          +Barry L. Wilkie,    Jones & Keller, PC,   1999 Broadway,    Suite 3150,   Denver, CO 80202-5736
 aty           Ebba Gebisa,   Skadden Arps Slate Meagher & Flom LLP,    155 North Wacker Drive,
                Chicago, IL  60606-1720
 aty           Ron E. Meisler,   Skadden Arps Slate Meagher & Flom LLP,    155 North Wacker Drive,
                Chicago, IL  60606-1720
 aty          +Stuart N. Bennett,    Jones & Keller, PC,   1999 Broadway,    Suite 3150,   Denver, CO 80202-5736
 aty          +William P. Bowden,    ASHBY & GEDDES,   500 Delaware Ave.,    Wilmington, DE 19801-7408
 md           +William P. Bowden,    Ashby & Geddes,   500 Delaware Avenue,    8th Floor,
                Wilmington, DE 19801-7400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 27, 2013**           **Signature:** _Joseph Speetjens_

```
District/off: 0311-1           User: LisaD                Page 2 of 2                   Date Rcvd: Jan 25, 2013
                               Form ID: van447            Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2013 at the address(es) listed below:

```
          Anthony W. Clark    on behalf of Plaintiff   Delta Petroleum General Recovery Trust ,
           debank@skadden.com
          Ericka Fredricks Johnson    on behalf of Defendant Delia Parker erjohnson@wcsr.com,
           klytle@wcsr.com;hsasso@wcsr.com
          Kevin J Mangan    on behalf of Defendant Delia Parker kmangan@wcsr.com,    hsasso@wcsr.com
          Kristhy M. Peguero    on behalf of Plaintiff   Delta Petroleum General Recovery Trust
           kristhy.peguero@skadden.com,
           debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
          Raymond Howard Lemisch    on behalf of Defendant Roger Parker rlemisch@beneschlaw.com,
           jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
                                                                                             TOTAL: 5
```