# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:** ) | Case No.: 11–14006 |
| Delta Petroleum Corporation ) | Chapter: 11 |
|    Debtor ) | |
| _____ ) | |
| Delta Petroleum General Recovery Trust ) | |
| ) | |
|    Plaintiff ) | Adv. Proc. No.: 12–50876–KJC |
|    vs. ) | |
| Roger Parker and Delia Parker ) | |
|    Defendant ) | |

### Amended ORDER ASSIGNING ADVERSARY PROCEEDING TO MEDIATION AND APPOINTING MEDIATOR

     Pursuant to this Court's Standing Order dated April 7, 2004, RE: Procedures in Adversary Proceedings , Delta Petroleum General Recovery Trust , Plaintiff(s) and , Defendant(s) (collectively, the "Parties"), are directed to mediation to attempt to resolve disputes by and between the Parties relative to the above–captioned adversary proceeding. Upon the foregoing, it is hereby
     **ORDERED** that this matter is scheduled for 6/20/2013 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. ; and it is further
     **ORDERED** that the above–captioned adversary proceeding is hereby assigned to mediation; and it is further
     **ORDERED** that the costs of the mediation shall be paid by the bankruptcy estate, or if there is no bankruptcy estate, by the plaintiff in the adversary proceeding, or as directed by the Court; and it is further
     **ORDERED** that:
      (a) If the parties have stipulated to entry of this order, William Bowden , who has been selected by the parties is appointed the mediator in this adversary proceeding; or,
      (b) If the parties have not stipulated to entry of this order, the court appoints , who is a mediator from the Register of Mediators of the United States Bankruptcy Court for the District of Delaware, as the mediator in this adversary proceeding; and it is further
     **ORDERED** that this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware. (Effective February 1, 2002, amended September 1, 2002 ("Local Rule 9019–3 Mediation"); and it is further
     **ORDERED** that all deadlines as defined in the Scheduling Order entered 12/26/12 shall apply.

Date: 1/31/13
                                                     /s/ Kevin J. Carey
                                                   **United States Bankruptcy Judge**
                                                   **District of Delaware**

(VAN–447)