# Notice Recipients

District/Off: 0311−1  User: LisaD  Date Created: 1/31/2013
Case: 12−50876−KJC  Form ID: van447  Total: 13

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Anthony W. Clark | |
| aty | Anthony W. Clark | |
| aty | Ericka Fredricks Johnson | erjohnson@wcsr.com |
| aty | Kevin J Mangan | kmangan@wcsr.com |
| aty | Kristhy M. Peguero | kristhy.peguero@skadden.com |
| aty | Raymond Howard Lemisch | rlemisch@beneschlaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| md | William P. Bowden | Ashby &Geddes | 500 Delaware Avenue | 8th Floor | Wilmington, DE 19801 |
| aty | Aaron Goldhamer | Jones &Keller, PC | 1999 Broadway | Suite 3150 | Denver, CO 80202 |
| aty | Barry L. Wilkie | Jones &Keller, PC | 1999 Broadway | Suite 3150 | Denver, CO 80202 |
| aty | Ebba Gebisa | Skadden Arps Slate Meagher &Flom LLP | 155 North Wacker Drive | Chicago, IL 60606−1720 | |
| aty | Ron E. Meisler | Skadden Arps Slate Meagher &Flom LLP | 155 North Wacker Drive | Chicago, IL 60606−1720 | |
| aty | Stuart N. Bennett | Jones &Keller, PC | 1999 Broadway | Suite 3150 | Denver, CO 80202 |
| aty | William P. Bowden | ASHBY &GEDDES | 500 Delaware Ave. | Wilmington, DE 19801 | |

TOTAL: 7