IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> DELTA PETROLEUM CORPORATION, ) <br> ) <br> Debtor. ) <br> ) <br> Delta Petroleum General Recovery Trust, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Roger Parker and Delia Parker, ) <br> ) <br> Defendant. ) <br> ) | Chapter 11 <br><br> Case No. 11-14006-KJC <br> Jointly Administered <br><br><br><br><br> Adversary No. 12-50876-KJC |

## SUGGESTION OF BANKRUPTCY

Defendant Roger Parker ("Mr. Parker"), by and through his undersigned counsel, hereby provides notice that on January 23, 2013, Mr. Parker commenced a bankruptcy reorganization case in the United States Bankruptcy Court for the District of Colorado by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, pending under Bankruptcy Case No. 13-10897 EEB (the "Bankruptcy Case"). Mr. Parker hereby suggests that, pending further notice to the Court of the disposition of the Bankruptcy Case, the above-captioned adversary action has been automatically stayed as against Mr. Parker. Plaintiff is stayed from all further action in this matter pursuant to Section 362 of Title 11 of the United States Code §§ 101, *et seq.*

7518613 v1

**PLEASE BE FURTHER ADVISED** that additional information regarding the status of Mr. Parker's Bankruptcy Case may be obtained by contacting counsel for Mr. Parker at:

>Lee M. Kutner, Esquire
>Kutner Miller Brinen, P.C.
>303 East 17th Avenue, Suite 500
>Denver, CO 80203
>(303) 832-2400

Dated: January 31, 2013

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: /s/ Raymond H. Lemisch
Raymond H. Lemisch (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
rlemisch@beneschlaw.com

*Counsel to Roger Parker*