# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLUEM, *et al.*, | Case No. 11-14006 (KJC) |
| | Jointly Administered |
| Debtors. | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST, | |
| Plaintiff, | Adv. Pro No. 12-50876 (KJC) |
| v. | |
| ROGER PARKER and DELIA PARKER, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on January 31, 2013, true and correct copies of the foregoing *Suggestion of Bankruptcy* were served via First Class Mail, postage prepaid upon the following parties:

| | |
|---|---|
| Anthony W. Clark, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, Delaware 19801<br>*Counsel for Delta Petroleum General Recovery Trust* | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606-1720<br>*Counsel for Delta Petroleum General Recovery Trust* |

| | |
|---|---|
| Kevin J. Mangan, Esquire<br>Ericka F. Johnson, Esquire<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, Delaware<br>*Counsel to Delia Parker* | |

Dated:  January 31, 2013

                                 **BENESCH, FRIEDLANDER, COPLAN**
                                 **& ARONOFF LLP**

                 By:    */s/ Raymond H. Lemisch*
                         Raymond H. Lemisch, Esquire (No. 4204)
                         222 Delaware Avenue, Suite 801
                         Wilmington, DE  19801
                         (302) 442-7010   telephone
                         (302) 442-7012   facsimile
                         rlemisch@beneschlaw.com

                         - and -

                         Barry L. Wilkie, Esquire
                         **JONES & KELLER, P.C.**
                         1999 Broadway, Suite 3150
                         Denver, CO  80202
                         (303) 573-1600   telephone
                         (303) 573-8133   facsimile
                         bwilkie@joneskeller.com

                         *Counsel to Roger Parker*