## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| In re: | : : | Chapter 11 |
| DELTA PETROLEUM CORPORATION, et al., | : : : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : : : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : : : : : : | Adv. Pro. No. 12-50876 (KJC) |
| Plaintiffs, | : : | |
| v. | : : | |
| ROGER PARKER AND DELIA PARKER, | : : : : | |
| Defendants. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : : : : : : | Adv. Pro. No. 12-50877 (KJC) |
| Plaintiffs, | : : | |
| v. | : : | |
| ALERON LARSON, JR. | : : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

|  |  |  |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x | | |
| DELTA PETROLEUM GENERAL | : | |
| RECOVERY TRUST | : | |
| AND | : | |
| PAR PETROLEUM CORPORATION, | : | Adv. Pro. No. 12-50898 (KJC) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| | : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x | | |

## STATUS REPORT

Pursuant to the Scheduling Orders entered by the Court on December 26, 2012 (Adv. Pro. No. 12-50876; D.I. 23) (Adv. Pro. No. 12-50877; D.I. 20) (Adv. Pro. No. 12-50898; D.I. 19), Delta Petroleum General Recovery Trust (the "Trust") and Par Petroleum Corporation (together, "Plaintiffs"), by and through their undersigned counsel of record, hereby file this status report with respect to the related above-captioned adversary proceedings.

The Trust, on behalf of itself and the Reorganized Debtors, filed the initial adversary complaints against the defendants in the Parker and Larson adversary proceedings on September 21, 2012 (Adv. Pro. No. 12-50876; D.I. 1) (Adv. Pro. No. 12-50877; D.I. 1), and in the BWAB adversary proceeding on September 26, 2012.  (Adv. Pro. No. 12-50898; D.I. 1)

On October 25, 2012, defendants Roger Parker, Larson and BWAB filed answers and asserted affirmative defenses.  (Adv. Pro. No. 12-50876; D.I. 7)

2

(Adv. Pro. No. 12-50877; D.I. 5) (Adv. Pro. No. 12-50898; D.I. 5)  Defendant Delia Parker answered and asserted affirmative defenses on November 26, 2012.  (Adv. Pro. No. 12-50876; D.I. 20)

On January 4, 2013, Plaintiffs filed amended complaints (which, among other things, added Par Petroleum Corporation as a Plaintiff) in each of the adversary proceedings.  (Adv. Pro. No. 12-50876; D.I. 25) (Adv. Pro. No. 12-50877; D.I. 23) (Adv. Pro. No. 12-50898; D.I. 22).  On January 18, 2013, each of the defendants filed an answer with affirmative defenses, and defendants Delia Parker, Larson and BWAB filed counterclaims.  (Adv. Pro. No. 12-50876; D.I. 29 & 30) (Adv. Pro. No. 12-50877; D.I. 26) (Adv. Pro. No. 12-50898; D.I. 25)  Defendant BWAB filed an amended answer, affirmative defenses and counterclaims on January 30, 2013.  (Adv. Pro. No. 12-50898; D.I. 29).

Pursuant to an Amended And Restated Order Approving Stipulation Resolving Emergency Motion Of Reorganized Debtors And Delta Petroleum General Recovery Trust For Entry Of An Order Enforcing The Provisions Of Debtors' Confirmed Plan And The Confirmation Order And To Adversary Proceedings Nos. 12-50877 And 12-50898 (Case No. 11-14006 (KJC); Docket No. 1208) (the "Stipulated Escrow Order"), as entered in the chapter 11 cases, Plaintiffs have set up an escrow with the Court to deposit certain funds related to the Larson and BWAB adversary proceedings; no such escrow arrangement has been agreed to or implemented with respect to the Parker adversary proceeding.  The Reorganized Debtors made escrow deposits with the Court on January 9, 2013.  (Case No. 11-

14006 (KJC); Docket No. 1238, 1239)  In accordance with the terms of the Stipulated Escrow Order, Plaintiffs intend to continue to escrow the disputed funds related to the Larson and BWAB adversary proceedings with the Court pending a final judgment in those adversary proceedings (and further order of the Court).

        Pursuant to the Scheduling Orders, the parties each served their initial disclosures under Fed. R. Civ. P. 26(a)(1) on January 16, 2013.  (Adv. Pro. No. 12-50876; D.I. 26, 27 & 28) (Adv. Pro. No. 12-50877; D.I. 24 & 25) (Adv. Pro. No. 12-50898; D.I. 23 & 24).

        In accordance with the Scheduling Orders, on January 24, 2013, the parties entered into stipulations to appoint William P. Bowden to serve as a mediator in each of the adversary proceedings.  (Adv. Pro. No. 12-50876; D.I. 31) (Adv. Pro. No. 12-50877; D.I. 27) (Adv. Pro. No. 12-50898; D.I. 26).  On January 31, 2013, the Court entered amended orders assigning the adversary proceedings to mediation and setting the trial date for June 20, 2013, at 10:00 a.m. (Eastern Time) (the "Amended Mediation Orders").  (Adv. Pro. No. 12-50876; D.I. 34) (Adv. Pro. No. 12-50877; D.I. 30) (Adv. Pro. No. 12-50898; D.I. 30).  The parties intend to work with William P. Bowden, as mediator, in accordance with the terms of the Amended Mediation Orders.

        On January 31, 2013, defendant Roger Parker filed a Suggestion of Bankruptcy (Adv. Pro. No. 12-50876; D.I. 35) in the Parker adversary proceeding.  Plaintiffs have asked the Parker adversary proceeding defendants how they desire to

proceed with the Delaware litigation in light of defendant Roger Parker's chapter 11 bankruptcy proceeding in Colorado and are awaiting the Parker defendants' response.

Dated:  February 8, 2013
        Wilmington, Delaware

        */s/ Anthony W. Clark*
        Anthony W. Clark (I.D. No. 2051)
        Kristhy M. Peguero (I.D. No. 4903)
        Skadden, Arps, Slate, Meagher & Flom LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        (302) 651-3000

        and

        Ron Meisler
        Ebba Gebisa
        Skadden, Arps, Slate, Meagher & Flom LLP
        155 North Wacker Drive
        Chicago, Illinois 60606-1720
        (312) 407-0700

        *Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*