# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------- x | : | |
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM CORPORATION, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------- x | : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : : : : | |
| | : | Adv. Pro. No. 12-50876 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| ROGER PARKER AND DELIA PARKER, | : : : | **Related Docket Nos. 1, 7, 20, 23, 25, 29, 30, 35** |
| Defendants. | : | |
| ------------------------------- x | | |

**CERTIFICATION OF COUNSEL IN SUPPORT OF ENTRY OF ORDER APPROVING STIPULATION STAYING ADVERSARY PROCEEDING NO. 12-50876 AS AGAINST DELIA PARKER**

The undersigned counsel for Delta Petroleum General Recovery Trust (the "Trust") and Par Petroleum Corporation ("Par," and together with the Trust, the "Plaintiffs") hereby certifies as follows:

Pursuant to the stipulation (the "<u>Stipulation</u>")[1], attached hereto as <u>Exhibit 1</u>, the Plaintiffs and Delia Parker have agreed to stay the Adversary Proceeding as against Delia Parker.

WHEREFORE, the Plaintiffs respectfully request that the Court enter an order approving the Stipulation at its earliest convenience.

Dated: Wilmington, Delaware
      February 26, 2013

                                              */s/ Anthony W. Clark*
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Ron E. Meisler
Ebba Gebisa
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

---

[1] Terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.