**EXHIBIT 1**

708733-WILSR01A - MSW

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DELTA PETROLEUM CORPORATION, <u>et</u> <u>al.</u>, | : | Case No. 11-14006 (KJC) |
|  | : | Jointly Administered |
| Debtors. | : |  |
| - - - - - - - - - - - - - - - - - - - - - - - - x |  |  |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | Adv. Pro. No. 12-50876 (KJC) |
| Plaintiffs, | : |  |
| v. | : |  |
| ROGER PARKER AND DELIA PARKER, | : | **Related Docket Nos. 1, 7, 20, 23, 25, 29, 30, 35, & ___** |
| Defendants. | : |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - x |  |  |

**ORDER APPROVING STIPULATION STAYING ADVERSARY
PROCEEDING NO. 12-50876 AS AGAINST DELIA PARKER**

Upon consideration of the stipulation (the "<u>Stipulation</u>")[1] requesting a

stay of these proceedings, and good cause appearing for the requested relief, it is

hereby

ORDERED, ADJUDGED AND DECREED that:

1.      The Stipulation attached hereto as <u>Exhibit A</u> is hereby approved.

---

[1]   Terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

2.     The Adversary Proceeding as against Delia Parker is hereby stayed

until further order of the Court.

3.     This Court will retain jurisdiction with respect to all matters arising

from or related to the enforcement or interpretation of this Order.


Dated:     _____, 2013
            Wilmington, Delaware


_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**
**STIPULATION**

3

708729-WILSR01A - MSW

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :   Chapter 11
                                                   :
DELTA PETROLEUM CORPORATION, :                          Case No. 11-14006 (KJC)
et al.,                                            :
                                                   :   Jointly Administered
                 Debtors.                          :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                            :
RECOVERY TRUST                                     :
and                                               :
PAR PETROLEUM CORPORATION,                         :
                                                   :   Adv. Pro. No. 12-50876 (KJC)
                 Plaintiffs,                       :
     v.                                            :
                                                   :
ROGER PARKER                                      :
AND                                               :   Related Docket Nos. 1, 7, 20, 23, 25, 29,
DELIA PARKER,                                      :                    30, 35
                                                   :
                 Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - x
```

**STIPULATION STAYING ADVERSARY PROCEEDING
NO. 12-50876 AS AGAINST DELIA PARKER**

**WHEREAS,** on September 21, 2012, Delta Petroleum General Recovery Trust (the "Trust," and together with Par Petroleum Corporation, the "Plaintiffs") commenced an adversary proceeding (the "Adversary Proceeding") against defendants Roger Parker and Delia Parker by filing a Complaint for Avoidance of Interests and Recovery of Property of the Estate (the "Complaint") (Adv. D.I. 1) in this Court;

**WHEREAS,** on October 25, 2012, Roger Parker filed his answer to the Complaint and asserted affirmative defenses (Adv. D.I. 7);

**WHEREAS,** on November 26, 2012, Delia Parker filed her answer to the Complaint and asserted affirmative defenses (Adv. D.I. 20);

**WHEREAS,** on December 26, 2012, this Court entered a scheduling order (the "Scheduling Order") in the Adversary Proceeding (Adv. D.I. 23);

**WHEREAS,** on January 4, 2013, Plaintiffs filed an amended complaint (the "Amended Complaint") (Adv. D.I. 25);

**WHEREAS,** on January 18, 2013, Roger Parker answered the Amended Complaint and asserted affirmative defenses and Delia Parker answered the Amended Complaint and asserted affirmative defenses and counterclaims against the Plaintiffs (Adv. D.I. 29 & 30);

**WHEREAS,** on January 31, 2013, Roger Parker filed a Suggestion of Bankruptcy (Adv. D.I. 35) in the Adversary Proceeding suggesting that Roger Parker's filing of a petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Colorado, Case No. 13-10897 (EEB), had automatically stayed the Adversary Proceeding as against him as of January 23, 2013;

**WHEREAS,** due to the stay of the Adversary Proceeding as against Roger Parker, Delia Parker wishes to also stay the Adversary Proceeding as against her, and the Plaintiffs do not oppose such request;

**NOW, THEREFORE**, for and in consideration of the foregoing, the Plaintiffs and Delia Parker (the "Parties"), through their undersigned counsel, stipulate and agree, subject to approval of the Court, as follows:

1.    The Adversary Proceeding against Delia Parker is stayed until further order of the Court.

2.    All pending deadlines in the Adversary Proceeding or provided for in the Scheduling Order are adjourned.

3.    Upon notice to the Parties and Roger Parker, any party may seek to lift the stay provided for herein.

4.    The stay provided for herein shall be without prejudice to the Parties' respective rights and interests.

5.    The Court shall retain jurisdiction over the Parties and this Stipulation, including, without limitation, for the purposes of interpreting, implementing and enforcing the terms and conditions of this Stipulation.

2

Dated:   February 26, 2013
Wilmington, Delaware

WOMBLE CARLYLE SANDRIDGE
  & RICE, LLP

By: */s/ Ericka F. Johnson*
Kevin J. Mangan (I.D. No. 3810)
Ericka F. Johnson (I.D. No. 5024)
222 Delaware Avenue
Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252-4320

*Counsel for Delia Parker*

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: */s/ Anthony W. Clark*
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

Ron Meisler
Ebba Gebisa
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

3

708722-WILSR01A - MSW