IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
                                  :
In re:                                   :     Chapter 11
                                 :
DELTA PETROLEUM CORPORATION, et  :     Case No. 11-14006 (KJC)
al.,                                  :
                                 :     Jointly Administered
                     Debtors.       :
                                 :
------------------------------------- x
DELTA PETROLEUM GENERAL        :
RECOVERY TRUST                      :
and                                      :
PAR PETROLEUM CORPORATION,        :
                                 :     Adv. Pro. No. 12-50876 (KJC)
                  Plaintiffs,    :
v.                                       :
                                 :
ROGER PARKER                       :
AND                                   :     **Related Docket Nos. 1, 7, 20, 23, 25, 29,**
DELIA PARKER,                     :              **30, 35, & 38**
                                 :
                  Defendants.   :
------------------------------------- x

**ORDER APPROVING STIPULATION STAYING ADVERSARY
PROCEEDING NO. 12-50876 AS AGAINST DELIA PARKER**

Upon consideration of the stipulation (the "<u>Stipulation</u>")[1] requesting a stay of these proceedings, and good cause appearing for the requested relief, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. The Stipulation attached hereto as <u>Exhibit A</u> is hereby approved.

---

[1] Terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

2. The Adversary Proceeding as against Delia Parker is hereby stayed until further order of the Court.

3. This Court will retain jurisdiction with respect to all matters arising from or related to the enforcement or interpretation of this Order.

Dated: ___Feb 27___, 2013
Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE