3

**EXHIBIT A**
**STIPULATION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------x
                              :
In re:                        :   Chapter 11
                              :
DELTA PETROLEUM CORPORATION,  :   Case No. 11-14006 (KJC)
et al.,                       :
                              :   Jointly Administered
                  Debtors.    :
                              :
------------------------------x
DELTA PETROLEUM GENERAL       :
RECOVERY TRUST                :
and                           :
PAR PETROLEUM CORPORATION,    :
                              :   Adv. Pro. No. 12-50876 (KJC)
                  Plaintiffs, :
     v.                       :
                              :
ROGER PARKER                  :
AND                           :   Related Docket Nos. 1, 7, 20, 23, 25, 29,
DELIA PARKER,                 :                       30, 35
                              :
                  Defendants. :
------------------------------x
```

### STIPULATION STAYING ADVERSARY PROCEEDING
### NO. 12-50876 AS AGAINST DELIA PARKER

**WHEREAS,** on September 21, 2012, Delta Petroleum General Recovery Trust (the "Trust," and together with Par Petroleum Corporation, the "Plaintiffs") commenced an adversary proceeding (the "Adversary Proceeding") against defendants Roger Parker and Delia Parker by filing a Complaint for Avoidance of Interests and Recovery of Property of the Estate (the "Complaint") (Adv. D.I. 1) in this Court;

**WHEREAS,** on October 25, 2012, Roger Parker filed his answer to the Complaint and asserted affirmative defenses (Adv. D.I. 7);

**WHEREAS,** on November 26, 2012, Delia Parker filed her answer to the Complaint and asserted affirmative defenses (Adv. D.I. 20);

WHEREAS, on December 26, 2012, this Court entered a scheduling order (the "Scheduling Order") in the Adversary Proceeding (Adv. D.I. 23);

WHEREAS, on January 4, 2013, Plaintiffs filed an amended complaint (the "Amended Complaint") (Adv. D.I. 25);

WHEREAS, on January 18, 2013, Roger Parker answered the Amended Complaint and asserted affirmative defenses and Delia Parker answered the Amended Complaint and asserted affirmative defenses and counterclaims against the Plaintiffs (Adv. D.I. 29 & 30);

WHEREAS, on January 31, 2013, Roger Parker filed a Suggestion of Bankruptcy (Adv. D.I. 35) in the Adversary Proceeding suggesting that Roger Parker's filing of a petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Colorado, Case No. 13-10897 (EEB), had automatically stayed the Adversary Proceeding as against him as of January 23, 2013;

WHEREAS, due to the stay of the Adversary Proceeding as against Roger Parker, Delia Parker wishes to also stay the Adversary Proceeding as against her, and the Plaintiffs do not oppose such request;

NOW, THEREFORE, for and in consideration of the foregoing, the Plaintiffs and Delia Parker (the "Parties"), through their undersigned counsel, stipulate and agree, subject to approval of the Court, as follows:

1. The Adversary Proceeding against Delia Parker is stayed until further order of the Court.

2. All pending deadlines in the Adversary Proceeding or provided for in the Scheduling Order are adjourned.

3. Upon notice to the Parties and Roger Parker, any party may seek to lift the stay provided for herein.

4. The stay provided for herein shall be without prejudice to the Parties' respective rights and interests.

5. The Court shall retain jurisdiction over the Parties and this Stipulation, including, without limitation, for the purposes of interpreting, implementing and enforcing the terms and conditions of this Stipulation.

Dated: February 26, 2013
Wilmington, Delaware

| | |
|---|---|
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| By: /s/ Ericka F. Johnson<br>Kevin J. Mangan (I.D. No. 3810)<br>Ericka F. Johnson (I.D. No. 5024)<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br><br>*Counsel for Delia Parker* | By: /s/ Anthony W. Clark<br>Anthony W. Clark (I.D. No. 2051)<br>Kristhy M. Peguero (I.D. No. 4903)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000<br><br>and<br><br>Ron Meisler<br>Ebba Gebisa<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606-1720<br>(312) 407-0700<br><br>*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation* |