# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | : | Chapter 11 |
| DELTA PETROLEUM CORPORATION, *et al.,*[1] | : | |
| | : | |
| | : | Case No. 11-14006 (KJC) |
| Debtors. | : | |
| | : | Jointly Administered |
| _____ | : | |
| DELTA PETROLEUM GENERAL | : | |
| RECOVERY TRUST and PAR PETROLEUM | : | |
| CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. Pro. No. 12-50876 (KJC) |
| | : | |
| ROGER PARKER | : | |
| and | : | |
| DELIA PARKER | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the firm of Skadden, Arps, Slate, Meagher & Flom LLP hereby withdraws as counsel for plaintiffs, Delta Petroleum General Recovery Trust and Par Petroleum Corporation (the "Plaintiffs"), and the firm of Morris, Nichols, Arsht & Tunnell LLP hereby enters its appearance as counsel for Plaintiffs, with respect to the above-captioned adversary proceeding.

*[Signature block follows]*

---

1    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007).  The Debtors' headquarters are located at One Memorial Plaza, 800 Gessner Road, Suite 875, Houston, TX 77024.

SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP

/s/ Dain A. De Souza
_____
Anthony W. Clark (Del. Bar No. 2051)
Dain A. De Souza (Del. Bar No. 5737)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Telephone:  (302) 651-3000
Fax:  (302) 651-3001

- and -

Ron E. Meisler
Ebba Gebisa
155 N. Wacker Dr.
Chicago, IL 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Daniel B. Butz
_____
Derek C. Abbott (Del. Bar No. 3376)
Daniel B. Butz (Del. Bar No. 4277)
1201 N. Market Street, Suite 1600
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Fax: (302) 658-3989