# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 11–14006–KJC |
| Delta Petroleum Corporation ) | Bankruptcy Chapter: 11 |
|     Debtor ) | |
| _____ ) | |
| Delta Petroleum General Recovery Trust ) | |
| ) | |
|     Plaintiff ) | Adv. Proc. No.: 12–50876–KJC |
|     vs. ) | |
| ) | |
| Roger Parker | |
| Delia Parker | |
|     Defendant ) | |

## NOTICE AND ORDER OF REQUEST FOR STATUS REPORT

    IT IS HEREBY ORDERED that Plaintiff's Counsel file a Status Report within 21 days from the date of this order. Failure to do so may result in dismissal of the case, a mandatory court appearance to determine whether the case should be dismissed for lack of prosecution and/or whether sanctions should be imposed for failure to comply with this order.

    IT IS FURTHER ORDERED that the Status Report be filed in the lead bankruptcy case as well as in each Adversary Proceeding within 21 days of the date of this order.

Date: 3/23/16

                                                                Kevin J. Carey
                                                              Bankruptcy Judge

(VAN–417)