# Notice Recipients

District/Off: 0311−1          User: LisaD          Date Created: 3/23/2016
Case: 12−50876−KJC          Form ID: van417          Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust      United States Trustee      844 King Street, Room 2207      Lockbox #35      Wilmington, DE 19899−0035

TOTAL: 1