**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br><br>DELTA PETROLEUM CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-14006 (KJC)<br><br>(Jointly Administered) |
| DELTA PETROLEUM GENERAL RECOVERY TRUST<br>and<br>PAR PETROLEUM CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROGER PARKER and DELIA PARKER,<br><br>Defendants. | Adv. Proc. No. 12-50876 (KJC) |

**STATUS REPORT**

In accordance with the Court's request for a status update in the above-captioned adversary proceeding dated July 11, 2016, Plaintiff, by and through its undersigned counsel, submits the following status report.

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

- 2 -

| | |
|---|---|
| Dated: August 1, 2016<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Daniel B. Butz*<br>Derek C. Abbott (No. 3376)<br>Daniel B. Butz (No. 4227)<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 658-3989<br><br>*Counsel for Plaintiffs* |

## STATUS G

### NOTICE OF SELECTION OF MEDIATOR FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 12-50876 | ROGER PARKER and DELIA PARKER | While William Bowden was appointed on 1/31/13 (D.I. 34), the action was stayed as to both Defendants on 2/27/13 (D.I. 39) due to the bankruptcy filing of Defendant Roger Parker (D.I. 35). Defendant Roger Parker's bankruptcy case is still open at Case No. 13-10897 (Bankr. D. Colo.). |
| | | Plaintiffs' counsel has been unable to contact counsel for Defendant Delia Parker to determine if the matter can be settled given the Court's opinion (the "Prior Opinion") in the substantially-similar cases filed by Plaintiffs against BWAB LLC (Adv. Proc. No. 12-50898) and Aleron Larson, Jr. (Adv. Proc. No. 12-50877). Plaintiff's counsel plans to file a motion to lift the stay (D.I. 39) as to Delia Parker to enable the Plaintiff to move for summary jugdment against Delia Parker for the reasons set forth in the Prior Opinion. |