# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: LisaD | Date Created: 10/31/2016 |
| Case: 12−50876−KJC | Form ID: van417 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

ust     U.S. Trustee     Office of the United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19801

ust     U.S. Trustee     Office of United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19899−0035

                                                                                                        TOTAL: 2