# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| DELTA PETROLEUM CORPORATION, *et al.*,[1] | Case No. 11-14006 (KJC) |
| Debtors. | (Jointly Administered) |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 12-50876 (KJC) |
| ROGER PARKER and DELIA PARKER, | |
| Defendants. | |

## STATUS REPORT

In accordance with the Court's request for a status update in the above-captioned adversary proceeding dated October 31, 2016, Plaintiff, by and through its undersigned counsel, submits the following status report.

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

- 2 -

Dated: November 21, 2016
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for Plaintiffs*

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 12-50876 | ROGER PARKER and DELIA PARKER | While William Bowden was appointed on 1/31/13 (D.I. 34), the action was stayed as to both Defendants on 2/27/13 (D.I. 39) due to the bankruptcy filing of Defendant Roger Parker (D.I. 35). Defendant Roger Parker's bankruptcy case is still open.<br><br>Plaintiffs' counsel is in discussions with counsel for Defendant Delia Parker concerning a settlement given the Court's opinion in the substantially-similar cases filed by Plaintiffs against BWAB LLC (Adv. Proc. No. 12-50898) and Aleron Larson, Jr. (Adv. Proc. No. 12-50877). |