# Notice Recipients

District/Off: 0311–1      User: LisaD      Date Created: 2/23/2017

Case: 12–50876–KJC      Form ID: van417      Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

ust    U.S. Trustee    Office of the United States Trustee    J. Caleb Boggs Federal Building    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19801

ust    U.S. Trustee    Office of United States Trustee    J. Caleb Boggs Federal Building    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19899–0035

TOTAL: 2