### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| DELTA PETROLEUM CORPORATION, *et al.*,[1] | Case No. 11-14006 (KJC) |
| Debtors. | (Jointly Administered) |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 12-50876 (KJC) |
| ROGER PARKER and DELIA PARKER, | |
| Defendants. | |

### STATUS REPORT

In accordance with the Court's request for a status update in the above-captioned adversary proceeding dated February 23, 2017, Plaintiff, by and through its undersigned counsel, submits the following status report.

---

1.      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007).  The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

Dated: March 16, 2017
    Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz* _____
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 658-3989

*Counsel for Plaintiffs*

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 12-50876 | ROGER PARKER and DELIA PARKER | While William Bowden was appointed on 1/31/13 (D.I. 34), the action was stayed as against Defendant Roger Parker due to his bankruptcy filing (D.I. 35). The action was subsequently stayed as against Defendant Delia Parker by stipulation on 2/27/13 (D.I. 39). Prior to resolving this action as between the Plaintiff and Defendant Delia Parker, Defendant Delia Parker filed a bankruptcy petition in the United States Bankruptcy Court for the District of Colorado on November 23, 2016 (Case No. 16-21479-EEB), staying this action as against Defendant Delia Parker. On January 18, 2017, that bankruptcy court approved the turnover of "all oil & gas & LLC distributions" and "DE Counsel contact for Delta litigation," among other things, from Defendant Delia Parker to the Chapter 7 Trustee. After becoming aware of the bankruptcy filing, counsel to the Plaintiff reached out to counsel of record in the litigation requesting to speak with the Chapter 7 Trustee to determine if the matter can be settled without further litigation. |