**EXHIBIT A**

**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DELTA PETROLEUM CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-14006 (KJC)<br><br>(Jointly Administered) |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND<br>PAR PATROLEUM CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROGER PARKER AND<br>DELIA PARKER,<br><br>Defendants. | Adv. Pro. Case No. 12-50876 (KJC)<br><br>**Re: D.I. __** |

## ORDER LIFTING STAY OF ADVERSARY PROCEEDING
## NO. 12- 50876 AS AGAINST DELIA PARKER

Upon the Motion for Order Lifting Stay of Adversary Proceeding No. 12-50876 as Against Delia Parker (the "Motion")[2] of Delta Petroleum for entry of an order lifting the stay of the above-captioned adversary proceeding as provided in the *Order Approving Stipulation Staying Adversary Proceeding No. 12-50876 as Against Delia Parker* (Adv. D.I. 39) to allow litigation between Delta Petroleum and Delia Parker to proceed; and due and sufficient notice of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 1301 McKinney, Suite 2025, Houston, Texas 77010.

[2] Capitalized terms used, but not defined, herein shall have the meaning ascribed to them in the Motion.

the Motion having been given to the Parties and Roger Parker; and it appearing that no other or further notice need be provided; and upon the record herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Parker Action is no longer stayed as provided in the *Order Approving Stipulation Staying Adversary Proceeding No. 12-50876 as Against Delia Parker* (Adv. D.I. 39). The Parker Action can proceed solely between Delta Petroleum and Delia Parker.

3. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: _____, 2018
       Wilmington, Delaware

                                               _____
                                               THE HONORABLE KEVIN J. CAREY
                                               UNITED STATES BANKRUPTCY JUDGE