# CERTIFICATE OF SERVICE

I, Jose F. Bibiloni, certify that I am not less than 18 years of age, and that service of the foregoing **Delta Petroleum's Motion for Order Lifting Stay of Adversary Proceeding No. 12-50876 as Against Delia Parker** was caused to be made on December 22, 2017, in the manner indicated upon the parties identified below.

Date:   December 22, 2017

/s/     *Jose F. Bibiloni*
  Jose F. Bibiloni (No. 6261)

**BY HAND DELIVERY**

Raymond H. Lemisch
Attorney for Roger Parker
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street
Suite 1000
Wilmington, DE 19801-3062

Kevin J. Mangan
Ericka Fredricks Johnson
Attorneys for Delia Parker
Womble Bond Dickinson (US) LLP
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Lee M. Kutner
Attorney for Debtor, Roger Parker
Kutner Brinen Garber, P.C.
1660 Lincoln St., Suite 1850
Denver CO 80264

Stuart N. Bennett
Aaron Goldhamer
Barry L. Wilkie
Attorneys for Roger Parker
Jones & Keller, PC
1999 Broadway
Suite 3150
Denver, CO 80202

**BY FIRST CLASS MAIL**

Robertson Cohen
Attorney for Debtor, Delia Parker
1720 S. Bellaire St., Ste. 205
Denver, CO 80222

Philip A. Pearlman
David Miller
Attorneys for Delia Parker Chapter 7
Trustee, Jeanne Y. Jagow
1700 Lincoln St., Ste. 2000
Denver, CO 80203

11540450.1