**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> DELTA PETROLEUM CORPORATION, <br><br>                  Debtor | Chapter 11 <br><br> Case No. 11-14006 (KJC) |
| In re: <br><br> DPCA LLC, <br><br>                  Debtor | Chapter 11 <br><br> Case No. 11-14007 (KJC) |
| In re: <br><br> DELTA EXPLORATION COMPANY, INC., <br><br>                  Debtor | Chapter 11 <br><br> Case No. 11-14008 (KJC) |
| In re: <br><br> DELTA PIPELINE, LLC, <br><br>                  Debtor | Chapter 11 <br><br> Case No. 11-14009 (KJC) |
| In re: <br><br> DLC, INC., <br><br>                  Debtor | Chapter 11 <br><br> Case No. 11-14010 (KJC) |
| In re: <br><br> CEC, INC., <br><br>                  Debtor | Chapter 11 <br><br> Case No. 11-14011 (KJC) |
| In re: <br><br> CASTLE TEXAS PRODUCTION LIMITED PARTNERSHIP, <br><br>                  Debtor | Chapter 11 <br><br> Case No. 11-14012 (KJC) |

| | |
|---|---|
| In re:<br><br>AMBER RESOURCES COMPANY OF COLORADO,<br><br>                    Debtor | Chapter 11<br><br>Case No. 11-14013 (KJC) |
| In re:<br><br>CASTLE EXPLORATION COMPANY, INC.,<br><br>                    Debtor | Chapter 11<br><br>Case No. 12-10120 (KJC) |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION,<br><br>           Plaintiffs,<br><br>    v.<br><br>ROGER PARKER AND<br>DELIA PARKER,<br><br>           Defendants. | Adv. Pro. Case No. 12-50876 (KJC) |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION FOR (I) ENTRY OF A FINAL DECREE CLOSING THE DEBTORS' CHAPTER 11 CASES, (II) AN ORDER TERMINATING CERTAIN CLAIMS AND NOTICING SERVICES, AND (III) AN ORDER DISMISSING THE PARKER ACTION, ADV. CASE NO. 12-50876**

The undersigned counsel to the Delta Petroleum General Recovery Trust ("Delta Petroleum Trust") and Par Pacific Holdings, Inc. f/k/a Par Petroleum Corporation and its affiliates (the "Reorganized Debtors," and together with Delta Petroleum Trust, "Delta Petroleum"), hereby certifies as follows regarding the *Final Decree (I) Closing the Chapter 11 Cases, (II) Terminating Certain Claims and Noticing Services, and (III) Dismissing the Parker Action, Adv. Case No. 12-50876* (attached as **Exhibit A**, the Proposed Final Decree):

1. On February 7, 2018, the Delta Petroleum filed the *Motion of Delta Petroleum General Recovery Trust and Par Petroleum Corporation for (I) Entry of a Final Decree Closing the Debtors' Chapter 11 Cases, (II) An Order Terminating Certain Claims and Noticing Services, and (III) An Order Dismissing the Parker Action, Adv. Case No. 12-50876* (Case No. 11-14006, D.I. 1739; Adv. Proc. No. 12-50876, D.I. 54) (the "Motion").

2. Pursuant to the Notice of such Motion, objections or responses to the Motion were to be filed no later than February 21, 2018 at 4:00 p.m. (ET) (the "Objection Deadline"). Delta Petroleum extended the Objection Deadline to February 26, 2018 for the United States of America, o/b/o the Bureau of Ocean Energy Management (the "U.S. BOEM") and Noble Energy, Inc. ("Noble").

3. Delta Petroleum received informal comments concerning the Motion from the U.S. BOEM and Noble prior to the Objection Deadline. No other objections, responses or comments were received.

4. The Proposed Final Decree attached as **Exhibit A** incorporates the changes made to the Original Final Decree to resolve the U.S. BOEM's and Noble's comments. Attached as **Exhibit B** is a redline document comparing the Proposed Final Decree to the Original Final Decree.

5. U.S. BOEM and Noble have reviewed the Proposed Final Decree and have no objection to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Final Decree attached as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated: February 27, 2018<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br> */s/ Jose F. Bibiloni*<br>Derek C. Abbott (No. 3376)<br>Daniel B. Butz (No. 4227)<br>Jose F. Bibiloni (No. 6261)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 658-3989<br><br>*Counsel for the Delta Petroleum General Recovery Trust and Par Petroleum Corporation* |