# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> DELTA PETROLEUM CORPORATION, *et al.*,[1] <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 11-14006 (KJC) <br><br> (Jointly Administered) |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND <br> PAR PATROLEUM CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ROGER PARKER AND <br> DELIA PARKER, <br><br> Defendants. | Adv. Pro. Case No. 12-50876 (KJC) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 1, 2018 AT 3:00 P.M. (EASTERN TIME)[2]

MATTER UNDER CERTIFICATION

1. Motion of Delta Petroleum General Recovery Trust and Par Petroleum Corporation for (I) Entry of a Final Decree Closing the Debtors' Chapter 11 Cases, (II) An Order Terminating Certain Claims and Noticing Services, and (III) An Order Dismissing the Parker Action, Adv. Case No. 12-50876 (D.I. 1739, A.D.I. 54, Filed 2/7/18).

   Objection Deadline: February 21, 2018 at 4:00 p.m. (ET), extended to February 26, 2018 for U.S. Government and Noble Energy, Inc.

   Responses Received: Informal comments from U.S. Government and Noble Energy, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007). The Recovery Trustee's address is 1301 McKinney, Suite 2025, Houston, Texas 77010.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

<u>Related Pleadings</u>:

a)  Final Report In Chapter 11 Cases (D.I. 1740, Filed 2/7/18); and

b)  Certification Of Counsel Regarding Motion Of Delta Petroleum General Recovery Trust And Par Petroleum Corporation For (I) Entry Of A Final Decree Closing The Debtors' Chapter 11 Cases, (II) An Order Terminating Certain Claims And Noticing Services, And (III) An Order Dismissing The Parker Action, Adv. Case No. 12-50876 (D.I. 1752, A.D.I. 56, Filed 2/27/18).

<u>Status</u>:  A revised form of order has been submitted under certification.

Dated:  February 27, 2018
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jose F. Bibiloni*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
Jose F. Bibiloni (No. 6261)
1201 North Market Street, 18th Floor
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 658-3989

*Counsel for the Delta Petroleum General Recovery Trust*