# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| DELTA PETROLEUM CORPORATION, *et al.*,[1] | Case No. 11-14006 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 1754** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 28, 2018, I caused to be served the "Final Decree (I) Closing the Chapter 11 Cases, (II) Terminating Certain Claims and Noticing Services, and (III) Dismissing the Parker Action, Adv. Case No. 12-50876," dated February 27, 2018 [Docket No. 1754], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007). The Recovery Trustee's address is 1301 McKinney, Suite 2025, Houston, Texas 77010.

- 2 -

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
1st day of March, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADAMS AND REESE LLP | (COUNSEL TO MISSIANA, LLC, BENEDICT CORPORATION, & L.W. WICKES AGENT, CORPORATION) ATTN: LISA MERZ HEDRICK 4500 ONE SHELL SQUARE 701 POYDRAS STREET NEW ORLEANS LA 70139 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSEC CREDITORS) ATTN: DANIEL H. GOLDEN ONE BRYANT PARK NEW YORK NY 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSEC CREDITORS) ATTN: JAMES R. SAVIN,JOANNA NEWDECK,KRISTEN HOWARD 1333 NEW HAMPSHIRE AVE., NORTHWEST WASHINGTON DC 20036 |
| AMERICAN CONTRACTORS INDEMNITY COMPANY | U.S. SPECIALTY INSURANCE COMPANY AND/OR FKA: HCC SURETY GROUP 601 SOUTH FIGUEROA STREET, SUITE 1600 LOS ANGELES CA 90017-5721 |
| ANDREWS KURTH LLP | (COUNSEL FOR ENTERPRISE GAS PROCESSING, LLC) ATTN: DAVID A. ZDUNKEWICZ & ROBIN RUSSELL, ESQS. 600 TRAVIS, SUITE 4200 HOUSTON TX 77002 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO MACQUARIE BANK LIMITED) ATTN: DON A. BESKRONE, GREGORY A. TAYLOR AND KAREN B. SKOMORUCHA 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ATTORNEY GENERAL FOR THE STATE OF DE | CARVEL STATE OFFICE BUILDING ATTN: JOSEPH R. BIDEN, III., ESQ. 820 N. FRENCH STREET WILMINGTON DE 19801 |
| BAKER & HOSTETLER | (COUNSEL TO MACQUARIE BANK LTD. & MACQUARIE CAPITAL (USA) INC. ATTN: JORIAN ROSE 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |
| BECKET & LEE LLP | (COUNSEL FOR AMERICAN EXPRESS BANK, FSB) ATTN: GILBERT B. WEISMAN, ESQ. P.O. BOX 3001 MALVERN PA 19355-0701 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | (COUNSEL OF WESTERN COLORADO AG SERVICE LLC) ATTN: RAYMOND H. LEMISCH, ESQ. 222 DELAWARE AVENUE, SUITE 801 WILMINGTON DE 19801 |
| BROWN RUDNICK LLP | (CO-COUNSEL TO WHITEBOX ADVISORS, LLC) ATTN: ROBERT STARK, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (CO-COUNSEL TO WHITEBOX ADVISORS, LLC, WATERSTONE AND DIP AGENT) ATTN: HOWARD L. SIEGEL AND DANIELLE M. BENNETT 185 ASYLUM STREET) HARTFORD CT 06103 |
| BRYAN CAVE HRO | (COUNSEL TO THE INDUSTRIAL GROUP LLC) ATTN: ERIC E. JOHNSON, ESQ. 1700 LINCOLN, SUITE 4100 DENVER CO 80203 |
| BRYAN CAVE LLP | (COUNSEL TO THE INDUSTRIAL GROUP LLC) ATTN: MICHELLE MCMAHON, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| CAERUS OIL AND GAS LLC | ATTN: DAVID H. KEYTE, CHAIRMAN AND CEO 1001 17TH ST, STE 1600 DENVER CO 80202-2077 |
| CITY AND COUNTY OF DENVER | ATTN: ROBERT MCDERMOTT, ASST. CITY ATTORNEY MUNICIPAL OPERATIONS 201 WEST COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| CLIFFORD & BROWN | (COUNSEL TO AERA ENERGY, LLC) ATTN: MARC E. DENISON, ESQ. 1430 TRUXTUN AVENUE, SUITE 900 BAKERSFIELD CA 93301 |
| COLE SCHOTZ P.C. | (CO-COUNSEL TO WHITEBOX ADVISORS LLC) ATTN: NORMAN L. PERNICK, ESQ. 500 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 |
| COLORADO OIL AND GAS CONSERVATION COMMISSION | 1120 LINCOLN STREET, SUITE 801 DENVER CO 80203 |
| CONNOLLY BOVE LODGE & HUTZ LLP | (COUNSEL FOR ENTERPRISE GAS PROCESSING, LLC) ATTN: JEFFREY C. WISLER & MARC J. PHILLIPS, ESQS. THE NEMOURS BUILDING 1007 NORTH ORANGE STREET P.O. BOX 2207 WILMINGTON DE 19899 |
| CONNOLLY GALLAGHER LLP | (COUNSEL FOR STANLEY F. FREEDMAN) ATTN: KAREN C. BIFFERATO, ESQ. THE BRANDYWINE BUILDING 1000 WEST STREET, 14TH FLOOR WILMINGTON DE 19801 |
| DARLING MILLIGAN SMITH & LESCH, PC | (COUNSEL FOR MRP FLUIDS, LLC & RP SERVICES, LLC) ATTN: BRIAN D. MILLIGAN 1331 17TH STREET, SUITE 800 DENVER CO 80202 |
| DELAWARE DIVISION OF REVENUE | BANKRUPTCY ADMINISTRATOR ATTN: ZILLAH A. FRAMPTON CSOB 8TH FLOOR 820 N. FRENCH STREET WILMINGTON DE 19801 |
| DEPARTMENT OF LABOR | ATTN: DIVISION OF UNEMPLOYMENT INSURANCE 4425 N. MARKET STREET WILMINGTON DE 19801 |
| DLA PIPER LLP (US) | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION ATTN: R. CRAIG MARTIN, ESQ. 1201 NORTH MARKET STREET, SUITE 2100 WILMINGTON DE 19801-1147 |
| DLA PIPER LLP (US) | (COUNSEL FOR U.S. BANK NATIONAL ASSOCIATION) ATTN: CRAIG V. RASILE, ESQ. 200 |

| Claim Name | Address Information |
|---|---|
| DLA PIPER LLP (US) | S. BISCAYNE BLVD., SUITE 2300 MIAMI FL 33131 |
| DORE MAHONEY LAW GROUP, P.C. | (COUNSEL TO WEATHERFORD INTERNATIONAL, INC., AND SELECT ENERGY SVCS., LLC., DBA SELECT TANK TRUCKS) ATTN: CARL DORE, JR. 17171 PARK ROW, SUITE 160 HOUSTON TX 77084 |
| DORSEY & WHITNEY (DELAWARE) LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL & ROBERT W. MALLARD, ESQ 300 DELAWARE AVENUE, SUITE 1010 WILMINGTON DE 19801 |
| DORSEY & WHITNEY LLP | (COUNSEL FOR U.S. BANK NATIONAL ASSOCIATION ATTN: STEVEN J. HEIM & ELIZABETH HULSEBOS, ESQS. 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402-1498 |
| FEDERAL COMMUNICATIONS COMMISSION | OFFICE OF GENERAL COUNSEL ATTN: MATTHEW BERRY, ESQ. 445 12TH STREET, S.W. WASHINGTON DC 20554 |
| GORDON ARATA MCCOLLAM DUPLANTIS & EGAN, LLC | (COUNSEL TO MACQUARIE BANK LIMITED) ATTN: LOUIS M. PHILLIPS & ELIZABETH A. SPURGEON ONE AMERICAN PLACE 301 MAIN STREET, SUITE 1600 BATON ROUGE LA 70801-1916 |
| HOGAN, MCDANIEL | (COUNSEL TO SEISMIC EXCHANGES, INC.) ATTN: GARVAN F. MCDANIEL 1311 DELAWARE AVE. WILMINGTON DE 19806 |
| HOLLAND & HART LLP | (COUNSEL FOR COLLBRAN VALLEY GAS GATHERING, LLC) ATTN: RISA LYNN WOLF-SMITH 555 SEVENTEENTH STREET, SUITE 3200 DENVER CO 80202 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 2970 MARKET STREET P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JPMORGAN CHASE BANK, N.A. | ATTN: RYAN FUESSEL 712 MAIN STREET, FLOOR 12 HOUSTON TX 77002 |
| LATHAM & WATKINS LLP | (COUNSEL FOR CAERUS OIL AND GAS LLC) ATTN: ROBERT A. KLYMAN 355 SOUTH GRAND AVENUE LOS ANGELES CA 90071-1560 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL FOR DALLAS COUNTY) ATTN: ELIZABETH WELLER 2777 N STEMMONS FWY STE 1000 DALLAS TX 75207-2328 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO MATAGORDA COUNTY, POLK COUNTY, HARRIS COUNTY, TARKINGTON ISD, AND CLEVELAND ISD) ATTN: JOHN P. DILLMAN P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL FOR NUECESW COUNTY, ARANSAS COUNTRY, LAVACA COUNTY, LAVACA COUNTY CAD, DEWITT COUNTY) ATTN: DIANE W. SANDERS P.O. BOX 17428 AUSTIN TX 78760 |
| LOWENSTEIN SANDLER PC | (COUNSEL TO GEORGE DARWIN AND THE PUTATIVE CLASS) ATTN: MICHAEL S. ETKIN, ESQ. & IRA M. DEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MACQUARIE CAPITAL (USA) INC. | ATTN: OWEN BASHAM 125 WEST 55TH ST 22ND FL NEW YORK NY 10019 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | (COUNSEL FOR MIDLAND CENTRAL APPRAISAL DISTRICT) ATTN: MICHAEL REED, ESQ. P.O. BOX 1269 ROUND ROCK TX 78680 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | (COUNSEL FOR STANLEY F. FREEDMAN) ATTN: HOWARD B. KLEINBERG, ESQUIRE 990 STEWART AVENUE, SUITE 300 P.O. BOX 9194 GARDEN CITY NY 11530 |
| OAKTREE CAPITAL MANAGEMENT, L.P. | (COUNSEL FOR CAERUS OIL AND GAS LLC) ATTN: GARVAN F. MCDANIEL, MARY E. AUGUSTINE, ESQS. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OFFICE OF THE ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE ATTN: ERIC H. HOLDER, JR., ESQ. 950 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20530-0001 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIIARA PATTON, ESQ. J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 |
| OKLAHOMA CORPORATION COMMISSION | C/O LEGAL DEPT. P.O. BOX 52000-2000 OKLAHOMA CITY OK 73152-2000 |
| PEPPER HAMILTON LLP | (CO-COUNSEL TO OFFICIAL COMMITTEE OF UNSEC CREDS) ATTN: DAVID B.STRATTON,EVELYN MELTZER,JOHN SCHANNE HERCULES PLAZA, SUITE 5100 1313 N. MARKET STREET P.O. BOX 1709 WILMINGTON DE 19801-1709 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT L.L.P. | (COUNSEL TO LIBERTY INDEPENDENT SCHOOL DISTRICT) ATTN: GARVAN F. MCDANIEL, MARY E. AUGUSTINE, ESQS. 1235 NORTH LOOP WEST, SUITE 600 HOUSTON TX 77008 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P | (COUNSEL FOR BRAZORIA CTY., PT FREEPORT, BRAZORIA CTY EMGY SVCS DIST#3, SPECIAL RD & BRIDGE DISTRICT ANGLETON ISD & ANGLETON-DANBURY HOSPITAL DISTRICT) ATTN: MICHAEL J. DARLOW 1235 NORTH LOOP WEST, SUITE 600 HOUSTON TX 77008 |
| R W JONES TRUCKING COMPANY | ATTN: RYAN W. JONES P.O. BOX 1785 1388 EAST 1000 SOUTH VERNAL UT 84078 |
| RICHARDS, LAYTON & FINGER, P.A. | (COUNSEL FOR ENCANA OIL & GAS (USA) INC.) ATTN: ROBERT J. STEARN, JR., PAUL N. HEATH, & ROBERT C. MADDOX ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON |

| Claim Name | Address Information |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | DE 19801 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: MARIA A. MILANO 1001 – 4TH AVENUE, SUITE 4500 SEATTLE WA 98154 |
| ROBBINS GELLER RUDMAN & DOWD LLP | (COUNSEL FOR GEORGE DARWIN AND THE PUTATIVE CLASS) ATTN: TRIG SMITH, ESQ. 655 WEST BROADWAY, SUITE 1900 SAN DIEGO CA 92101 |
| SECRETARY OF STATE | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. TOWNSEND BUILDING SUITE 1 0 FEDERAL STREET DOVER DE 19901 |
| SECRETARY OF TREASURY | 820 SILVER LAKE BOULEVARD SUITE 100 DOVER DE 19904 |
| SECRETARY OF TREASURY | 15TH & PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SEISMIC EXCHANGE, INC. | ATTN: HEATHER A. CAMPBELL, ESQ. 4805 WESTWAY PARK BLVD. HOUSTON TX 77041 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO ZELL CREDIT OPPORTUN. MASTER FUND, LP & PAR PETROLEUM CORP.) ATTN: RON E. MEISLER & EBBA GEBISA 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| STATE OF MICHIGAN | DEPARTMENT OF TREASURY ATTN: BILL SCHUETTE, A/G & HEATHER DONALD, ASST AG CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| THE DEPOSITORY TRUST COMPANY | REORG ANNOUNCEMENTS 55 WATER STREET NEW YORK NY 10041 |
| THE ROSNER LAW GROUP LLC | (COUNSEL FOR MACQUARIE CAPITAL (USA) INC. ATTN: FREDERICK B. ROSNER, JULIA B. KLEIN, ESQS. 824 MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| U.S. BANK N.A. (AS INDENTURE TRUSTEE FOR | 3.75% CONVERTIBLE & 7% HIGH YIELD PLUS ACCR INTST) ATTN: CINDY WOODWARD – EP MN WS 1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107 |
| U.S. DEPARTMENT OF JUSTICE | (COUNSEL TO THE U.S. DEPARTMENT OF INTERIOR) CIVIL DIVISION ATTN: VICTOR W. ZHAO P.O. BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES ATTORNEY'S OFFICE | DISTRICT OF DELAWARE ATTN: ELLEN W. SLIGHTS, ESQ. 1007 N. ORANGE STREET, SUITE 700 WILMINGTON DE 19801 |
| WERB & SULLIVAN | (COUNSEL TO MISSIANA, LLC, BENEDICT CORPORATION, & L.W. WICKES AGENT, CORPORATION) ATTN: BRIAN A. SULLIVAN 300 DELAWARE AVENUE, 13TH FLOOR P.O. BOX 25046 WILMINGTON DE 19899 |

**Total Creditor count  68**

| Claim Name | Address Information |
|---|---|
| KEVIN J. MANGAN | ERICKA FREDRICKS JOHNSON ATTORNEYS FOR DELIA PARKER WOMBLE BOND DICKINSON (US) LLP 222 DELAWARE AVE, STE 1501 WILMINGTON DE 19801 |
| LEE M. KUTNER | ATTORNEY FOR DEBTOR, ROGER PARKER KUTNER BRINEN GARBER, P.C. 1660 LINCOLN ST., SUITE 1850 DENVER CO 80264 |
| PHILIP A. PEARLMAN | DAVID MILLER ATTORNEYS FOR DELIA PARKER CHAPTER 7 TRUSTEE, JEANNE Y. JAGOW 1700 LINCOLN ST., STE. 2000 DENVER CO 80203 |
| RAYMOND H. LEMISCH | ATTORNEY FOR ROGER PARKER KLEHR HARRISON HARVEY BRANZBURG LLP 919 N. MARKET STREET SUITE 1000 WILMINGTON DE 19801-3062 |
| ROBERTSON COHEN | ATTORNEY FOR DEBTOR, DELIA PARKER 1720 S. BELLAIRE ST., STE. 205 DENVER CO 80222 |
| STUART N. BENNETT | AARON GOLDHAMER, BARRY L. WILKIE ATTORNEYS FOR ROGER PARKER JONES & KELLER, PC 1999 BROADWAY, SUITE 3150 DENVER CO 80202 |

**Total Creditor count  6**