IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DELTA PETROLEUM CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-14006 (KJC)<br><br>(Jointly Administered) |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND<br>PAR PATROLEUM CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROGER PARKER AND<br>DELIA PARKER,<br><br>Defendants. | Adv. Pro. Case No. 12-50876 (KJC) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Jose Bibiloni hereby withdraws his appearance as counsel for Delta Petroleum General Recovery Trust and Par Petroleum Corporation in the above-captioned bankruptcy cases. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove him from the electronic and paper noticing matrix for the above-captioned bankruptcy cases. All other current counsel of record will continue to represent Delta

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 1301 McKinney, Suite 2025, Houston, Texas 77010.

Petroleum General Recovery Trust and Par Petroleum Corporation and are not intended to be affected by this notice.

Dated: June 29, 2018  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jose Bibiloni*  
Jose Bibiloni (DE Bar # 6261)  
1201 N. Market St., 16th Floor  
P.O. Box 1347  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989